IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>*Plaintiff,*<br><br>v.<br><br>Debra Haaland, et al.,<br><br>*Defendants*. | No.   No. CV-24-08154-PCT-DJH<br><br>**[Proposed] ORDER GRANTING HUALAPAI TRIBE'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Pending before the Court is the Hualapai Indian Tribe's ("Tribe") Motion for Temporary Restraining Order followed by a Preliminary Injunction pursuant to Fed. R. Civ. P. 65 to prevent the Bureau of Land Management ("BLM") from authorizing any ground-disturbing activities until the Court rules on the merits of the pending lawsuit. (ECF No. 11).  The Court having considered the Complaint, Plaintiff's Motion for a Temporary Restraining Order followed by a Preliminary Injunction, the declarations, exhibits, and any opposition thereto, and the entire record herein, hereby finds that:

   1. This Court has jurisdiction over the parties and the subject matter of this case.
   2. Venue lies properly in this Court.

3. Plaintiff Hualapai Indian Tribe is likely to succeed on the merits of its claim that Defendants' finding of no adverse effect on historic resources under the National Historic Preservation Act ("NHPA") was arbitrary, capricious, and contrary to law.

4. Plaintiff Hualapai Indian Tribe is likely to succeed on the merits of its claims that Defendants' issuance of the Decision Record, Finding of No Significant Impacts, and Final Environmental Assessment is arbitrary, capricious, an abuse of discretion, and not in accordance with the National Environmental Policy Act ("NEPA") and must be set aside.

5. Plaintiff Hualapai Indian Tribe's Motion for a Temporary Restraining Order followed by a Preliminary Injunction and the accompanying declarations and exhibits demonstrate that Defendants have failed to comply with NEPA and the NHPA in approving the Project. Unless Defendants are enjoined from authorizing any ground disturbance, construction, operation, or other activity approved by the BLM in its July 9, 2024, Decision Letter, Plaintiff Hualapai Indian Tribe will face irreparable harm to its Traditional Cultural Property, Ha'Kamwe'.

Upon due consideration of all filings concerning the Tribe's Motion for a Temporary Restraining Order followed by a Preliminary Injunction, the Court finds that the Tribe has satisfied the four requirements for preliminary injunctive relief. The Court thus **GRANTS** the Tribe's Motion and hereby enjoins Defendant Bureau of Land Management from authorizing or allowing any ground disturbance, construction, operation, or other activity approved by the Bureau of Land Management's July 9, 2024, Decision Letter or its June 6, 2024, Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for fourteen days or until further order of the Court.

**SO ORDERED.**