**DECLARATION OF SIMONE KA-VOKA JACKSON**

I, Simone Ka-Voka Jackson, declare as follows:

1. I am the Director of the Hualapai Tribe's Department of Cultural Resources and a Hualapai Tribal member.

2. The Hualapai Tribe is a sovereign Indian Nation. We govern our citizens and land according to Hualapai law. We have a duty to protect our resources –the land, plants, animals, and waters – for future generations.

3. My role with the Hualapai Cultural Resources Department is to identify, protect, preserve, and manage cultural resources within Hualapai Tribal lands and Hualapai Traditional-use lands.  I have held this position since March 2024.

4. I grew up on the Hualapai Indian Reservation in Peach Springs, Arizona, and currently reside in Truxton, Arizona near Peach Springs.

5. I have a master's degree in ecology specializing in ecological restoration from the University of Nevada, Las Vegas. I have worked in the fields of water quality, ecological restoration, Traditional Ecological Knowledge, and cultural methods of restoration for over a decade.

6. I am very concerned about the Phase 3 Sandy Valley Exploration Project ("Project") and the impact that it will have on Ha'Kamwe', a sacred hot spring and Traditional Cultural Property of the Hualapai Tribe, and the surrounding landscape, including the Project area that is Hualapai traditional use lands.

7. The Project is immediately adjacent to Ha'Kamwe', which is located on Cholla Ranch—Hualapai-owned land that Congress placed into trust for the benefit of the Hualapai Tribe.

8. Ha'Kamwe' is a medicinal hot spring where Indigenous peoples have, since time immemorial, gone for healing, prayer, and ceremonies related to birth, young women's coming of age, and other important life transitions.

9. Ha'Kamwe' was determined in 2002 to be a historic property eligible for listing on the National Register of Historic Places as a Traditional Cultural Property ("TCP"). The Hualapai Tribe actively cares for the spring.

10. Ha'Kamwe' is a holy site and TCP with deep religious, cultural, archaeological, historical, and environmental significance. It is part of a sacred cultural landscape recounted in the Salt Song Trail, a collection of songs and stories that is significant to several area Tribes, including Hualapai, the Yavapai Apache Nation, the Yavapai-Prescott Tribe, the Fort McDowell Yavapai Nation, the Fort Mojave Indian Tribe, the Chemehuevi Indian Tribe, the San Juan Southern Paiute Tribe, the Hope Tribe, and the Colorado River Indian Tribes. The Salt Song Trail is significant for the Hualapai people, our beliefs, and spirituality. The places that the Trail passes through each have specific stories, teachings, prayers, and significant meanings for the Hualapai people.

11. Ha'Kamwe' and the Project are located on traditional Hualapai lands in the area surrounding Wikieup, which is the ancestral home of the Big Sandy Band of Hualapai and the Burro Creek Band of Hualapai. These bands were historically caretakers of the spring and the surrounding landscape.

12. The Big Sandy Lithium project will harm Ha'Kamwe' and the Hualapai people. Drilling on the land surrounding Ha'Kamwe' will adversely affect the integrity of Ha'Kamwe' and the aquifers that feed the spring. Noise, vibrations, and visual disturbances will degrade the area's peaceful character, impairing the ability of the Hualapai people and other Indigenous peoples to practice their spiritual and cultural traditions at this site.

13. There are no substitutes or alternatives to Ha'Kamwe' and the cultural and historical significance it has to the Hualapai people and neighboring Tribes. The Salt Song Trail identifies Ha'Kamwe' as a landmark for our people, medicine people, and our cultural practices. Ha'Kamwe' means "warm water." Any impacts to this spring, including change of flow, reduced temperature, or otherwise, would result in an unnatural

physical and spiritual state of the spring, which would be detrimental to the ceremonies we hold at Ha'Kamwe'.

14. The soundscape and viewshed of the area will be significantly altered during drilling operations. The viewshed will be adversely impacted forever following drilling operations by disturbing a delicate Mojave/Sonoran ecosystem that may take up to hundreds of years to recover and may never recover to a pre-drilling state. These impacts will harm Hualapai people's spiritual and physical experiences in the area as well as all the living organisms that reside in the area.

15. Hualapai Tribal members regularly use and enjoy Cholla Ranch and the BLM public lands where the project is proposed. Tribal members use these lands to gather plants for traditional uses, view wildlife, and recreate. Hualapai Tribal members have a right to enjoy these lands at any time they wish, and visits are not regulated nor monitored by the Tribe so as to guarantee spiritual freedom and privacy.

16. The Hualapai Tribe and individual Tribal members often organize cultural and social events at Cholla Ranch, including family gatherings, Tribal ceremonies, harvesting events, and cultural visitation. These events are not often scheduled well ahead of time due to events being created as needed or requested by the Hualapai community. As the cooler weather arrives, the community will take more trips to Cholla Ranch. Drilling operations would significantly impact the purposes of these trips and the spiritual experience while visiting the area.

17. Drilling at night is detrimental to the animals, insects, and plants of the Big Sandy Valley that are most active at night during the hot summer months. Light pollution would disrupt and disorient wildlife and insects. Plants that bloom at night depend on these insects for pollination.

18. Overnight camping and ceremonies that take place at Cholla Ranch and Ha'Kamwe' will be disrupted by drilling at night. This will impact the spiritual integrity of the Big Sandy Valley, as well as disrupt those cultural activities with noise, vibration, and light pollution.

19. The Hualapai Tribe was first contacted regarding the Project in June 2020.

20. Then, without further communication from the BLM, the draft Environmental Assessment ("EA") was issued on March 30, 2021, without consultation or input from the Tribe. With respect to Native American Religious Concerns/Traditional Values, the EA merely indicated TBD or "to be determined."

21. The Tribe submitted comments on the draft EA on June 10, 2021, and July 9, 2021.

22. Due to our concerns regarding impacts to Ha'Kamwe' and BLM's failure to respond to the Tribe's concerns, the Tribe reached out to the Advisory Council on Historic Preservation ("ACHP") in December 2022.

23. The Tribe requested and was repeatedly denied becoming a Cooperating Agency for the Project from June 2020 to December 2022.

24. The ACHP sent a letter to BLM on January 11, 2023, urging BLM to revisit its finding of no adverse effect on cultural resources.

25. In December 2022, the Tribe was finally granted Cooperating Agency status after the Administration issued guidance directing that Tribes impacted by mining activity should be allowed such status. After negotiation on the Memorandum of Understanding, in January 2024, the Tribe was finally granted Cooperating Agency status under the National Environmental Policy Act.

26. The Tribe submitted comments as a Cooperating Agency on March 13, 2024, and May 24, 2024.

27. Although the Tribe was granted meetings with BLM upon request, the Tribe did not view this relationship as truly cooperative. BLM has included purported mitigation provisions in the EA under the auspices of protecting the Tribe's TCP yet did not ask the Tribe about these mitigation provisions or otherwise discuss them with the Tribe. The Tribe's only interaction with these purported mitigation provisions was seeing them in the EA. Further, BLM did not adopt any of the various mitigation provisions that the Tribe has suggested. BLM also did not provide alternatives other than no action and

the proposed drilling plan, even with Hualapai's suggestion of additional alternatives in the draft EA. A middle-ground alternative, as suggested by the Tribe, could have included fewer drill holes and relocation of drill holes farther from Ha'Kamwe'.

28.     In the Tribe's comments, the Tribe repeatedly requested that BLM fully analyze the impacts of the Project on Ha'Kamwe', including the hydrological impacts of drilling. However, BLM did not do that, despite the Tribe providing reports to BLM that contradict its finding that there will not be impacts on the source of Ha'Kamwe'.

29.     Due to BLM's failure to reevaluate its finding of no adverse effect and the presence of clear adverse effects to Ha'Kamwe' because of the Project noted in the draft final EA, the Tribe again reached out to the ACHP in March 2024.

30.     The ACHP issued another letter on May 31, 2024, citing the adverse effects listed in the EA and again recommending that BLM revisit its finding of no adverse effects on cultural resources.

31.     Without a response to the ACHP's letter, the BLM issued the Decision Record, Finding of No Significant Impact, and Final Environmental Assessment on June 6, 2024.

32.     The Hualapai Tribe requested a BLM State Director Review and Stay of Decision Record, Finding of No Significant Impacts, and Environmental Assessment (EA) (DOI-BLM-AZ-C010-2021-0029-EA) for the Phase 3 Sandy Valley Exploration Project on the date of July 1, 2024.

33.     On July 17, 2024, the Hualapai Tribe received a response from the BLM State Director, Raymond Suazo, which stated he declined the request to review the Phase 3 Sandy Valley Exploration Project decision, providing no reasoning in the letter.

34.     In March 2024, Arizona Lithium contracted Navajo Transitional Energy Company ("NTEC"), a Navajo Tribe-owned company, to perform the drilling operations for the Project.

35. As Director of the Hualapai Department of Cultural Resources and the Hualapai Tribal Historic Preservation Officer, the BLM has failed to properly consider the significant impacts on Ha'Kamwe' from the Project.

36. Ground disturbing activities are currently occurring at the Project site. The Department of Cultural Resources has been advised that the creation of drill pads and road grading associated with the Project will occur starting Tuesday, August 20, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 15, 2024.

*Simone Ka-Voka Jackson*

Simone Ka-Voka Jackson