**DECLARATION OF LAURA BERGLAN**

I, Laura Berglan, declare as follows:

      1.      I am an attorney with Earthjustice and represent the Hualapai Indian Tribe ("Tribe") in this matter and I make this declaration pursuant to Fed. R. Civ. P. 65(b)(1) in support of the Tribe's motion for a temporary restraining order.

      2.      The Tribe has been attempting to meet with Arizona Lithium, Ltd. ("Company"), the company at issue in the Project to discuss whether the case may be resolved or at a minimum avoid the filing of this motion for immediate injunctive relief. Pursuant to those discussions, the Company committed to "cease additional grading, road preparation, or placement of drill pads from August 10, 2024 through August 19, 2024 to promote our conversations." A true and accurate copy of the letter from the Company dated August 9, 2024 is attached to this declaration as Attachment 14.

      3.      On August 14, 2024, the Tribe learned that ground-disturbing activity would occur from August 10-19, 2024. As set out in the declaration of Ka-Voka Jackson, despite efforts to put a hold on ground-disturbing activities, they are ongoing at the Project site. Jackson Decl. ¶ 36. The Tribe attempted to again reach out to Arizona Lithium to address this matter. A true and accurate copy of the letter from the Tribe, dated August 14, 2024, is attached to this declaration as Attachment 15.

      4.      A meeting between the Company and the Tribe is scheduled for August 19, 2024, however, ground-disturbing activities are ongoing. Jackson Decl. ¶ 36.

      5.      I attempted to telephone the Company's attorney of record, Roger Steinpreis, of Perth, Australia on August 14, 2024, and August 15, 2024, and left messages on both occasions with no response.

      6.      On August 15, 2024, I was able to reach Lisa Hemann, Assistant U.S. Attorney for the District of Arizona, who advised me that the case would be assigned to another attorney.

7.      On August 16, 2024, I was contacted by Daniel Luecke, Trial Attorney, U.S. Department of Justice.  I advised Mr. Luecke that the Tribe planned to file a motion for immediate injunctive relief if an agreement could not be reached to halt ground-disturbing activity at the Project site. Mr. Luecke is aware of ground-disturbing activity occurring at the Project site. Despite discussions to avoid the filing of this motion, Mr. Luecke and I were not able to reach an agreement prior to filing.

8.      With no agreement in place to halt ground-disturbing activity and full-scale drilling set to begin on August 20, 2024, the Tribe is forced to file this motion for immediate injunctive relief.

I declare under penalty of perjury that the foregoing is true and correct.  Executed August 16, 2024.

Laura Berglan

# ATTACHMENT 14



August 9, 2024


VIA E-MAIL

Duane Clarke
Chairman
Hualapai Tribe
Office of the Chairperson
PO Box 179
941 Hualapai Way
Peach Springs, AZ 86434



Dear Chairman Clarke:

Thank you for your letter and request for meeting. As you may be aware, Arizona Lithium ("AZL") (and Navajo Transitional Energy Company ("NTEC")) sought a meeting with Hualapai leadership throughout the Bureau of Land Management's permitting process to discuss our drilling program. We reached out to the former chairperson directly and through emissaries, and we have sent letters in an attempt to open a dialogue. We believe communication is the best means to creating understanding and to finding solutions. We appreciate this opportunity to meet with you.

The BLM issued the exploration permit on June 5, 2024 after extensive analysis.  The Hualapai engaged the BLM throughout the three years that BLM processed our permit application, including being a cooperating agency in the NEPA process. We understand that your engagement led to a number of additional requirements in our approved exploration permit.  We appreciate the input of the Hualapai. I hope you know that we also requested BLM include additional measures such as limits on the number of drill holes, restrictions on depth of drilling, and including tribal monitors to ensure a robust and protective exploration permit. These efforts have resulted in an exploration permit that includes many provisions beyond a typical exploration permit. AZL and NTEC support this permit and its control measures.  We seek to do this work the right way.

We are available to meet with you Monday, August 12, 2024. If this date will work, please let us know a time, location and who will attend. Because this is a meeting of leadership and a lawsuit has been filed, it is our expectation that no lawyers will be present for either side.  We are willing to meet with you to discuss resolution under FRE 408.

Since the BLM issued the exploration permit on June 5, 2024, we have been working to align contractors and vendors of various disciplines throughout the country who need to travel to Wikieup.  As we have informed you, site preparation work began August 6th, including surveying and staking, placement of drilling pads and access routes and training (including outreach to prospective tribal monitors).  Since receiving your request, we have assessed the schedule and worked with our vendors to modify plans for ground impact over the next two weeks. Specifically, AZL (and its contractors) will cease additional grading, road preparation, or placement of drill pads from August 10, 2024 through August 19, 2024 to promote our conversations.  Please note, however, our agreement to not expand our exploratory activities for that period of time is based on us setting a meeting date for next week.

Arizona
Lithium

Level 2, 10 Outram Street
West Perth WA 6005 Australia

T +61 (8) 6313 3936
E info@arizonalithium.com

ASX: AZL, AZLO AZLOA
OTC: AZLAF



Best regards,


**Arizona**
**Lithium**

Level 2, 10 Outram Street
West Perth WA 6005 Australia

**T** +61 (8) 6313 3936
**E** info@arizonalithium.com

**ASX: AZL, AZLO,**
**AZLOA**
**OTC: AZLAF**



# ATTACHMENT 15



The Great Spirit created Man and Woman in his own image. In doing so, both were created as equals. Both depending on each other in order to survive. Great respect was shown for each other; in doing so, happiness and contentment was achieved then, as it should be now.

The connecting of the Hair makes them one person; for happiness or contentment cannot be achieved without each other.

The Canyons are represented by the purples in the middle ground, where the people were created. These canyons are Sacred, and should be so treated at all times.

The Reservation is pictured to represent the land that is ours, treat it well.

The Reservation is our heritage and the heritage of our children yet unborn. Be good to our land and it will continue to be good to us.

The Sun is the symbol of life, without it nothing is possible – plants don't grow – there will be no life – nothing. The Sun also represents the dawn of the Hualapai people. Through hard work, determination and education, everything is possible and we are assured bigger and brighter days ahead.

The Tracks in the middle represent the coyote and other animals which were here before us.

The Green around the symbol are pine trees, representing our name Hualapai – PEOPLE OF THE TALL PINES –

## HUALAPAI TRIBE
## OFFICE OF THE CHAIRPERSON

Duane Clarke
*Chairman*

Ronald Quasula, Sr.
*Vice Chairman*

P.O. Box 179  / 941 Hualapai Way • Peach Springs, Arizona 86434
(928) 769-2216
August 14, 2024

Paul Lloyd
Arizona Lithium
Managing Director
Arizona Lithium Limited
Second Floor, 10 Outram Street
West Perth, WA 6005

*Via Email* paul@arizonalithium.com

Ivan Martirosov
Big Sandy Project Manager
Navajo Transitional Energy Company
4801 N Butler Ave Bldg 12000
Farmington, NM 87401

*Via Email* ivan.martirosov@navenergy.com

Dear Messrs. Lloyd and Martirosov,

We understand from our staff member Ka-Voka Jackson that you intend to begin drilling this afternoon. We understood from your August 9, 2024, letter that you agreed to temporarily hold off on drilling until August 19, 2024, to "promote our conversations." Commencing drilling despite our outreach and agreement to meet does not "promote our conversations." Drilling in the aquifer is one of the Tribe's primary concerns regarding this project.

The Tribal Council offered August 13, 2024, to meet with you, which you declined. The Tribal Council has also offered Monday, August 19, 2024, as a date to meet with you. We request that you cease any drilling activities until we can meet and discuss this issue with you.

Sincerely,

Duane Clarke
Chairman