Exhibit 13

*Hualapai Tribe of Indians of the*
*Hualapai Indian Reservation v. Haaland*

Case No. 3:24-cv-8154-DJH (D. Ariz.)



*Southwest Hydro-Logic*

265 Ridge Road
Durango, Colorado 81303
Phone:  (970) 259-2851
Mobile:  (970) 749-3950
Email:  info@swhydrologic.com

## MEMORANDUM

**To:**      Hualapai Tribal Council, Peach Springs, Arizona

**From:**    Winfield G. Wright, M.S., P.E., C.P.H., *Southwest Hydro-Logic (SWHL)*

**Subject:** Big Sandy Final EA Review, and forwarding of technical report by SWHL
         *Preliminary Assessment of the Hydrology and Geochemistry of Ha' Kamwe'*

**Date:**    March 11, 2024

   This memorandum provides review comments regarding the Final Environmental Assessment (Final EA) for the Big Sandy Inc., Phase 3 Big Sandy Valley Exploration Project, by the U.S. Department of the Interior, Bureau of Land Management, Kingman Field Office, February 2024.  This memorandum also forwards the SWHL informational 2023 report written for and approved by the Hualapai Tribe. Available data indicate that any activity within the spring aquifer and recharge area, including exploration drilling, threatens the flow, temperature, and chemistry of the Ha' Kamwe' spring.  Aquifer- and surface-disturbing geologic exploration were conducted during 2018-19 directly upgradient and within the recharge area of the spring.  Disturbing exploration has again been proposed, with a large increase in the number of boreholes planned, such that the recharge area for the spring will be riddled with vertical boreholes, affecting aquifer recharge, aquifer hydraulic conductivity and storativity, spring-water temperatures, and spring-water chemistry.

## I.  The Final EA Lacks Support for the Assumption That Exploratory Boreholes Will Be Dry

   The Final EA inaccurately depicts the groundwater hydrology of the Big Sandy Basin, presuming that exploration boreholes would be dry, and no water would be encountered.  This presumption is problematic given the following:

- The water table on the plateau upgradient 390 feet to the east of the spring is 68 to 69 feet below land surface (airstrip well).
- Proposed borehole depths of 360 feet would penetrate more than 250 feet below the Big Sandy River.
- Water levels in Test Holes near Sycamore Creek ranged from 20 feet below land surface to flowing artesian conditions (Caithness, 2000a).
- During Caithness (2000a) studies, test holes were drilled into lacustrine clay deposits, where the drill holes soon filled with water after drilling, indicating that the lacustrine deposits are not dry.  Given limestone and mudstone layers in the lacustrine deposits, development of solution enlarged karst conduits provide avenues for rapid transmission of groundwater.

> Where unfractured, the lacustrine deposits are not impermeable, rather behaving as a semi-confining layer to the over-pressured artesian aquifer.

- With variable thicknesses of the lacustrine deposits that may act as a semi-confining layer, proposed borehole depths of 360 feet could penetrate the lacustrine deposits, and would encounter artesian pressures beneath the semi-confining layer, as described in Caithness (2000a).

These data indicate that proposed boreholes are likely to encounter water--the opposite of what the Final EA has assumed.  Any claim that no groundwater will be encountered needs to be backed up by data such as the 2018-19 Phase 1 and 2 drilling records.

The hydrogeologic nomenclature presented in the Final EA uses terminology from the Big Sandy Energy project, where the subsurface water-producing zones were arbitrarily divided into separate units called the upper, middle, and lower aquifer (Caithness, 2000a).  The attempts to define discrete aquifer boundaries were based on Caithness, LLC's corporate interests to establish groundwater sources as cooling water for the energy project. However, the divisions were based on observations from a few deep wells within the energy project property.  In contrast, established documentation refers to the Big Sandy Basin as one single connected aquifer with interbedded layers of lower- and higher-permeability units (Davidson, 1973; Campbell and Jones, 1979; Cady, 1980; Arizona Dept of Water Resources, 2009).  Distinctions are made between the shallow sand and gravel alluvial aquifer and the lower-basin fill, but the Big Sandy Basin is generally viewed as a single connected aquifer.  From Davidson (1973, p. 32):

> The saturated rock units are treated as a single aquifer because they are hydraulically connected, and ground water moves from one unit to another in response to head differential. Ground water generally is under unconfined conditions near the land surface but probably is confined at depth, particularly in places where the permeability of the aquifer is not uniform with depth--a condition that generally occurs where the aquifer material is a coarse sand or gravel separated by less permeable beds of silt, clay, or marl.

The Final EA mistakenly uses the Caithness data as proof that exploration drilling will not affect Ha' Kamwe'; however, the Final EA needs to use all available references and publications.  The hydrogeologic nomenclature used by the Final EA needs to be changed to reference the established, acceptable nomenclature. Use of the terms upper, middle, and lower aquifer needs to be abandoned.

Spring discharge monitoring data have shown that Ha' Kamwe' can be affected by groundwater withdrawals from deep artesian wells south of the spring in the Sycamore Creek area.  An appropriate analogy for this would be a bowl full of water, with a plug at the bottom of the bowl—pull the plug and the bowl will empty.  Ha' Kamwe' is located at the top of the bowl.

The location of Ha' Kamwe' is likely due to the presence of faults and fractures (indicated by lineaments) that transmit groundwater from the over-pressured deep-basin aquifer to the surface through karst aquifer conduits developed in the Big Sandy Formation **(Figure M1)**.  With the presence of limestones and mudstones in the basin-fill deposits (Shepherd and Gude, 1972), widespread karst aquifer conduit development is likely throughout the Big Sandy Valley.  Therefore, it is likely that the exploration boreholes could intersect karst aquifer conduits, causing unabated artesian flow of groundwater from the over-pressured deep basin aquifer, which could then drain the entire aquifer system, causing Ha' Kamwe' and numerous other springs and wells in the region to go dry.

**In order to prepare for the possibility of encountering the over-pressured artesian aquifer, the Final EA needs to include a contingency plan describing methods to isolate, plug, and permanently seal artesian groundwater discharges from proposed boreholes.**

## II.  The Final EA Fails to Consider That the Project Could Cause Pollutant Discharges Into Waters of the US.

Of the 131 proposed boreholes in the Final EA, 39 boreholes and a large-diameter bulk sampling hole  are located directly in the Bitter Creek stream channel and riparian zone **(Figure M1)**.  As described in the plan of operation, pits would be excavated for drilling fluid containment, and drilling fluids with polymer base would likely be discharged to the stream channel, not to mention the usual fuel and oil leaks from heavy equipment.  In



the 2001 Big Sandy Energy, the Bitter Creek riparian zone was identified as Qualifying Waters of the US (Caithness, 2000b).  The Final EA proposes to drill, excavate, and bulk sample directly within the stream channel.  The activities are directly in a floodplain, as shown in Figure 2e of the Final EA.  Thunderstorms and flash floods during proposed activities could present human-health and pollutant discharge hazards.

**Additional analyses need to be completed in the Final EA to describe impacts of the proposed activities on waters of the US.  The Final EA needs to describe whether 404 permits are required to excavate pits and dispose drilling fluids into the stream channel.  Health and safety plans need to include an early warning and response system for thunderstorms and flash floods.**

### III.  Final EA Shows Numerous Technical and Editorial Errors

There are numerous technical and editorial problems with the Final EA.  For example, the cover page of the report shows an incomplete title.  In the January 2021 Draft EA, the project area was described as 613 acres, and Figure 1 showed two small outlines of the project boundary.  In the subject Final EA, the Project site is described as 613 acres, but the Project Boundary shown in Figure 1 encompasses more than 7,700 acres.  In this Final EA, Figures 3A, 3B, and 3C are missing; Figure 4 is supposed to show a generalized cross-section of the Project area hydrography, but there is no Figure 4 in Appendix C.  Given the expanded Project Boundary, it seems likely that samples for soil, rock, biota, and water will be collected throughout the expanded project area; therefore, these activities should be included in the Final EA.

The "Manera 2000" report citation in the Final EA is incorrect.  In the June 2001 Big Sandy Energy Draft EIS, the Manera work is incorporated into Caithness (2000a, 2000b), and referenced by the energy project applicant as (Caithness, 2000b); other environmental studies are referenced as Caithness (2000c).  In the subject Final EA, the "Manera 2000" report describes the lacustrine deposits as the Wikieup Formation, and cites the USGS report by Shepherd and Gude (1972).  But there is no such thing as the Wikieup formation; the correct name is the Big Sandy Formation.  The Caithness (2000a, 2000b) reports used incorrect geologic nomenclature, and the Final EA quoting Caithness used the incorrect geologic nomenclature.  The Final EA states that the lacustrine deposits vary in thickness from 200 to more than 600 feet (data from the Sycamore Creek energy project).  However, the USGS report indicates that due to erosional unconformities, the Big Sandy Formation varies widely in thickness, according to measured thicknesses ranging from 57 to 245 feet.  Proposed boreholes depths of 360 feet would penetrate the thinner lacustrine deposits and encounter over-pressured artesian groundwater conditions.

Arizona Administrative Code Title 12, Chapter 15: R12-15-816 specifies that boreholes must be pressure sealed using downhole tremie pipes to deliver grout to the bottom of the boreholes in order to prevent vertical migration of groundwater.  Boreholes previously drilled during 2018-19 did not use tremie pipes to seal the abandoned boreholes; therefore, those boreholes were improperly abandoned.  The Final EA needs to specify that boreholes must be sealed and properly abandoned, and the well abandonment and project completion forms must be filed with the Arizona DWR, including detailed drilling logs.  These forms were not completed for the 2018-19 drilling programs.

**References Cited**

Caithness Big Sandy, L.L.C., 2000a. Water Resources of the Southern Portion of the Big Sandy Valley, Wikieup, Mohave County, Arizona.

Caithness Big Sandy, L.L.C., 2000b. Big Sandy Energy Project Geology Report. Prepared by Manera, Inc., submitted by Caithness Big Sandy, L.L.C. June.

Caithness Big Sandy, L.L.C., 2000c, Big Sandy Energy, Application for a Certificate of Environmental Compatibility, Supplemental Information:  Prepared for State of Arizona Power Plant and Transmission Line Siting Committee, October 19, 2000.

Montgomery & Associates, 2012, Addendum to summary of aquifer testing of the confined volcanic aquifer at Well PW-2 in the Big Sandy Valley:  Technical Memorandum to Freeport-McMoran Baghdad Inc., December 17, 2012.

Sheppard, R.A., and Gude, A.J., III, 1972, Big Sandy Formation Near Wikieup, Mohave County, Arizona:  U.S. Geological Survey Bulletin 1354-C, 10 p.

**ATTACHMENT:**

Southwest Hydro-Logic, 2023, Preliminary Assessment of the Hydrology and Geochemistry of Ha' Kamwe' (Cofer Hot Spring), Mohave County, Arizona, 2023:  Southwest Hydro-Logic, Hydrologic Studies Report 2023-01, provided to the Hualapai Tribal Council July 2023, updated March 11, 2024.





**Figure M1.** The Big Sandy River valley, Ha' Kamwe spring, faults and lineaments, outline of the basin-fill deposits, previously drilled exploration boreholes, and proposed new exploration boreholes.



4

# Preliminary Assessment of the Hydrology and Geochemistry of Ha' Kamwe' (Cofer Hot Spring), Mohave County, Arizona, 2023

*Hydrological Studies Report 2023-01*



Prepared for:

Hualapai Tribe
Peach Springs, Arizona



Prepared by:

*Southwest Hydro-Logic, LLC*
Durango, Colorado



(Cover:  Geologic cross section derived from available data and reports.
Stratigraphic thicknesses not to scale.  Non-linear vertical scale.)

# Preliminary Assessment of the Hydrology and Geochemistry of Ha' Kamwe' (Cofer Hot Spring), Mohave County, Arizona, 2023

*Hydrological Studies Report 2023-01*

*by Winfield G. Wright, M.S., P.E., C.P.H.*

Prepared by:

*Southwest Hydro-Logic, LLC*
Durango, Colorado



Prepared for:

Hualapai Tribe
Peach Springs, Arizona



**CONVERSION FACTORS AND ABBREVIATIONS USED IN THIS REPORT**

**CONVERSION FACTORS:**

| Multiply | By | To obtain |
|---|---|---|
| cubic foot per second (ft$^3$/s) | 0.02832 | cubic meter per second (m$^3$/sec) |
| foot (ft) | 0.3048 | meter (m) |
| gallon | 3.78 | liter (L) |
| inch | 25.40 | millimeter (mm) |

Degrees Celsius ($^o$C) may be converted to degrees Fahrenheit ($^o$F) by using the following equation:

$$^oF = 9/5(^oC) + 32$$

**ABBREVIATIONS:**

The following terms and abbreviations may be used in this report:

ft (feet)
lb (pound)
mi$^2$ (square miles)
ft$^3$/sec (cubic feet per second)
gpm (gallons per minute)
inches per year (in/yr)
acre-feet per year (acre-ft/yr)
acre-feet per month (acre-ft/mo)
milligrams per liter (mg/L)
micrograms per liter (μg/L)
micrograms per liter (ug/L)
meter (m)
milliliter (mL)
millimeter (mm)
kilometer (km)
microsiemens per centimeter at 25 degrees Celsius (μS/cm@25$^o$C)

*Southwest Hydro-Logic, LLC*
265 Ridge Road
Durango, Colorado 81303
(970) 259-2851
website: www.swhydrologic.com
email: info@swhydrologic.com
Updated March 11, 2024

NOT FOR DESIGN OR CONSTRUCTION

# CONTENTS

Page

Executive Summary ................................................................................................................. i

Introduction ........................................................................................................................... 1

    Climate and Weather ......................................................................................................... 1

Previous Studies and Information Sources.............................................................................. 1

Geologic Setting ..................................................................................................................... 5

    Faults and Lineaments ...................................................................................................... 6

Hydrologic Setting ................................................................................................................. 6

    Surface Water ................................................................................................................... 6

    Spring Discharges.............................................................................................................. 8

    Groundwater and Wells ................................................................................................... 9

    Groundwater Temperatures and Thermal Springs........................................................... 9

Water Chemistry of Ha' Kamwe', Wells, and Other Springs .................................................. 9

    Water-Analysis Diagram ................................................................................................... 9

    Sources of Water for Ha' Kamwe' ................................................................................... 12

        Isotopes of Water............................................................................................................ 12

        Isotopes of Dissolved Sulfate ......................................................................................... 14

Discussion ............................................................................................................................ 14

    Ha' Kamwe' Is Part of A Karst Aquifer System................................................................ 14

    Sources of Geothermal Water.......................................................................................... 16

    Recharge Area for Ha' Kamwe'........................................................................................ 17

    Effects of Exploratory Drilling......................................................................................... 17

    Effects of Groundwater Pumping .................................................................................... 18

    Additional Data Collection Efforts and
        Scientific Investigations Are Needed .......................................................................... 18

Summary and Conclusions.................................................................................................... 18

References Cited................................................................................................................... 20

## List of Figures

1. Location of Ha' Kamwe' (Cofer Hot Spring), the Town of Wikieup,
   and the Big Sandy River ...................................................................................... 2

2. Precipitation contours (annual average in inches) for Ha' Kamwe' and surrounding area ......... 3

3. Locations of sites where historical hydrologic and geochemistry data are available
   through the U.S. Geological Survey (USGS), the Arizona Division of Water Resources,
   and the National Uranium Resource Evaluation (NURE) ......................................... 4

4. Parcel boundary map showing generalized land ownership ...................................... 5

5. Depth to bedrock from land surface (thickness of basin-fill deposits)
   in the Big Sandy Valley ............................................................................................ 5

6. Faults and lineaments representing fractures for groundwater
   movement in the Ha' Kamwe' area............................................................................ 6

7. Schematic geologic cross section of the Big Sandy River Valley
   near Cofer Hot Spring ............................................................................................... 7

8. Streamflow discharges for the Big Sandy River near Wikieup, Arizona:
   (A) for the historical record covering 1966-2023, and (B) an example showing
   the typical high-flow period which occurs from January - April of each year ........................ 8

9. Spring discharges from Ha' Kamwe' during 2010-2022 ............................................ 8

10. Water levels in wells and spring locations in the Big Sandy River
    Valley and Ha' Kamwe' area .................................................................................. 10

11. Temperature of water from wells and springs in the Big Sandy River Valley
    and surrounding Ha' Kamwe' area ........................................................................ 11

12. Water-analysis diagram showing percentages of cations (lower left triangle),
    anions (lower right triangle), and combinations of cations
    and anions (center diamond) ................................................................................. 13

13. Oxygen and deuterium isotopes of the water molecule for Ha' Kamwe'
    and other thermal springs in Arizona .................................................................... 14

14. Oxygen and sulfur isotopes of dissolved sulfate in water from Ha' Kamwe'
    and from springs in the San Juan Mountains of Colorado ..................................... 15

15. Extent of limestone outcrop inferred from geologic section mapped by
    Sheppard and Gude (1972), with arrow pointing at type location
    of the Big Sandy Formation .................................................................................. 16

16. Inferred recharge area for Ha' Kamwe' and locations of completed
    and proposed exploration boreholes...................................................................... 17

# EXECUTIVE SUMMARY

Available data and information for Ha' Kamwe' (Cofer Hot Spring) and surrounding area describes the Big Sandy Valley as a deep sedimentary basin situated on granitic and volcanic rocks, with the presence of limestone beds in the aquifer beneath the valley; hence, the spring discharges from one of these limestone beds and has the appearance and characteristics of a ***karst*** spring.  Since the spring is elevated above the Big Sandy Valley by about 200 feet, the aquifer feeding the spring could be called a perched karst aquifer.  However, the spring aquifer is connected to the basin-fill aquifer through vertical fractures; for example, the spring was depleted of its water (dried up) due to groundwater pumping from a deep well 2.5 miles to the south.   Whereas historical flows from the spring have been documented at greater than 200 gallons per minute, and the water right for the spring represents 146 gpm, recent discharge records for the spring indicate variable flows, which have been reduced due to groundwater development and aquifer pumping in the Big Sandy Valley.

Water-quality and isotope data from Ha' Kamwe' indicates mixtures of deep and shallow water, which is produced by rising deep-circulation water that mixes with shallow meteoric water, then geochemically reacts with limestone, basin-fill, and evaporite deposits.  Water-quality data from other wells and springs in the Big Sandy Valley indicates a wide range of different chemical compositions, ranging from sodium-chloride to calcium-magnesium bicarbonate type waters.   Data indicate that water from Ha' Kamwe' has high concentrations of major ions such as chloride, fluoride, sodium, sulfate, and bicarbonate.  Water from the hot spring also has dissolved arsenic concentration of 125 micrograms per liter (or parts per billion, ppb), which exceeds the drinking water standard of 10 ppb.  Other trace constituents reported in water from Cofer Hot Spring include barium, boron, chromium, copper, molybdenum, nickel, and uranium.

Using streamflow gaging data and statistical analyses for the region, the recharge zone for Ha' Kamwe' is delineated to be about 10 square miles.  While the quantities of water rising from deep thermal sources is uncertain, the recharge zone for the spring was estimated to extend east into the Aquarius Mountains from Ha' Kamwe'.

Exploratory borehole drilling has occurred directly upgradient from the spring within the recharge zone for Ha' Kamwe'.  The first 15 boreholes were drilled in 2018, which were scattered around the lower Big Sandy Valley area.  The second round of 34 boreholes were drilled in 2019 directly upgradient and about 580 feet to the east of the spring.  A third corehole drilling program has been proposed, and the Bureau of Land Management (BLM) has  issued a Final Environmental Assessment (Final EA) for the drilling program where an additional 131 exploratory boreholes could be drilled. Boreholes already drilled and improperly sealed have affected the spring.  With the proposed Final EA, the recharge area for the spring will be riddled with vertical boreholes, affecting aquifer recharge, aquifer hydraulic conductivity and storativity, spring-water temperatures, and spring-water chemistry.   Potential effects of new exploratory drilling on flows and chemistry of Ha' Kamwe' are not mentioned in the Final EA.

The location of the Ha' Kamwe' spring is likely due to the presence of faults and fractures (indicated by lineaments) that transmit groundwater from the over-pressured deep-basin aquifer to mix with surface meteoric water through karst aquifer conduits developed in the Big Sandy Formation.  With the presence of limestones and mudstones in the basin-fill deposits, widespread karst aquifer conduit development is likely throughout the Big Sandy Valley.  Therefore, it is possible that the exploration boreholes could intersect karst aquifer conduits, causing unabated artesian flow of groundwater from the over-pressured deep basin aquifer, which could then drain the entire aquifer system, causing Ha' Kamwe' and numerous other springs and wells in the region to go dry.  An analogy for the presence of the spring would be a bowl full of water, with a plug at the bottom of the bowl—pull the plug and the bowl will empty.  Ha' Kamwe' is located at the top of the bowl; therefore, any disturbances to the aquifer system are immediately reflected in the spring.

i

# Preliminary Assessment of the Hydrology and Geochemistry of Ha' Kamwe' (Cofer Hot Spring), Mohave County, Arizona, 2023

## INTRODUCTION

There is a spring near the small town of Wikieup, Arizona, called Ha' Kamwe' (pronounced *ha com way*), which means hot water spring in the Hualapai language. Located on Cholla Ranch, Ha' Kamwe' (also known as Cofer Hot Spring) and the surrounding landscape are considered ancestral and integral to the identity of the Hualapai people (Hualapai Tribal Council, 2021). Ha' Kamwe' is located above and adjacent to the Big Sandy River valley in northwestern Arizona **(Figure 1)**. The spring and its environs are being threatened by several factors, including exploratory wells and groundwater extractions. In order to chronicle and protect Ha' Kamwe', the Hualapai Tribe commissioned this report for the analysis of:

- Describe available data (geology, hydrology, water quality, and geochemistry) for Ha' Kamwe' and surrounding area.
- Describe the geologic, hydrologic, and water-quality setting of the spring and surrounding area.
- Preliminary delineation of the recharge area for the spring.
- Discuss potential threats and impacts to the spring and its environs.

### Climate and Weather

With altitudes ranging from 1,650 ft to more than 8,400 ft above sea level, and a drainage area of about 1,988 square miles (Arizona DWR, 2009), annual precipitation at Wikieup, Arizona, averaged 9.73 inches for the period of 1948-2005 (https://wrcc.dri.edu/cgi-bin/cliMAIN.pl?azwiki); however, precipitation in the Aquarius Mountains to the east of Ha' Kamwe' can range from 8 to 19 inches per year **(Figure 2)**. At Wikieup, average maximum monthly air temperature is 28.7°C (83.8°F), with the average winter minimum temperature of 8.9°C (48.2°F), and annual average temperature of about 19°C (66°F) (https://wrcc.dri.edu/). Snowfall is rare in the valleys but does occur at the higher elevations of the Aquarius Mountains where it can reach depths of more than 100 inches (https://statesummaries. ncics.org/). Snowpack plays a critical role in supplying water for mountain streams and springs such as

Ha' Kamwe'. Monsoonal rainfall systems can occur during late summer to early fall, affecting the Aquarius Mountains, which have a history of extreme rainfall and flood events (https://mohavedailynews. com/news/141820/weather-wreaks-havoc-on-local-residents/).

## PREVIOUS STUDIES AND INFORMATION SOURCES

The Atomic Energy Commission (now the Department of Energy, or DOE) collected thousands of streambed-sediment and water samples for geochemical analyses as part of the National Uranium Resource Evaluation (NURE) (https://edx.netl. doe.gov/dataset/nure-sediment). During the mid- to late-1970's, about 150 streambed sediment samples and 15 stream water samples were collected in the area surrounding Wikieup and Ha' Kamwe' **(Figure 3)**. Many of the samples were only analyzed for uranium and related minerals; however, a few samples were analyzed for more comprehensive set of parameters. As a result of different collection and analytical methods, the USGS compiled, clarified, and reformatted the NURE data during the 1990's (Smith, 1997) (https://mrdata.usgs.gov/nure/sediment/).

The Western Area Power Administration (WAPA), a division of the U.S. Department of Energy, initiated an effort to construct a natural-gas electrical power plant near Sycamore Creek south of Wikieup, which is within 2.5 miles of Ha' Kamwe'. After in-depth hydrogeologic investigations, the project was denied a permit due to the concern that groundwater development for the project would diminish or dry up Ha' Kamwe' (Caithness, 2000a; Caithness, 2000b; Caithness, 2000c; U.S. Department of the Interior, 2001; Kingman Daily Miner, 2001).

The U.S. Geological Survey (USGS) measured water levels and collected water-quality samples from springs and wells in the Wikieup area during the early 1990's **(Figure 3)**. The USGS has installed and operated streamflow gaging stations for the Big Sandy River near Wikieup (USGS site 09424450) and other sites in the area **(Figure 3)**.

Since the 1980's, as part of the Ground Water Site Inventory (GWSI) the Arizona Department of





Figure 1.  Location of Ha' Kamwe' (Cofer Hot Spring), the Town of Wikieup, and the Big Sandy River.



Figure 2.  Precipitation contours (annual average in inches) for Ha' Kamwe' and surrounding area.

Water Resources (https://azwatermaps.azwater. gov/gwsi) has collected and compiled records for groundwater wells across the state, including about 560 wells in Mohave County **(Figure 3)**. Reports have been published by Arizona DWR regarding hydrology and water quality of the Big Sandy basin (Cady, 1980), and the Arizona Water Atlas for the Big Sandy basin (Arizona DWR, 2009, p. 68).

Water resources of the Big Sandy area were described by Davidson (1973) in a report by the Arizona Water Commission, in cooperation with the USGS. On Plate 2 of the Davidson (1973) report, geologic faults are shown on the map in the Wikieup area, and shows that Ha' Kamwe' may be located on a small fault line. In addition, in 1983 the USGS published maps of groundwater levels, locations of springs, and spring water temperatures, including the Big Sandy area and Ha' Kamwe' (Langer and others, 1983). Data shown on the map for the Big Sandy area shows water temperature of 37°C (98.6°F) for Ha' Kamwe' (Langer and others, 1983).

Arizona Geological Survey (AZGS) published a preliminary geothermal assessment of the Big Sandy Valley (Campbell and Jones, 1979), concluding that the warm springs of the Big Sandy Valley (Cofer, Kaiser, and Big Pasture) do not meet the typical constraints necessary for geothermometry. Water from these springs is likely mixtures of deep geothermal and shallow meteoric water. During late 2012 through 2013, AZGS also investigated the geochemical makeup of groundwater from selected thermal springs and wells throughout Arizona (Love and others, 2014). Water temperature at Ha' Kamwe' was measured at 32.6°C (90.7°F), and the report similarly concluded that water from Ha' Kamwe' is a mixture of different sources of shallow and deep water.

The Arizona Department of Environmental Quality (DEQ) published a report on the groundwater quality of the Big Sandy Basin (Towne and Rowe, 2006). Water-quality data from Ha' Kamwe' indicated a water temperature of 34.2°C (93.6°F). The Town and Rowe (2006) report shows dissolved arsenic concentration of 125 micrograms per liter (or parts per billion) in water from the spring. Arizona DEQ also published a report regarding the Total Maximum Daily Loads (TMDL's) for mercury in fish tissue in Alamo Lake, which is located at the confluence of the Big Sandy and Santa Maria rivers, and published selected data for the Big Sandy River (Arizona DEQ, 2012).

The Santa Fe Pacific Railroad Company (1988), in cooperation with the Arizona Bureau of Geology



3



Figure 3. Locations of sites where historical hydrologic and geochemistry data are available through the U.S. Geological Survey (USGS), the Arizona Department of Water Resources, and the National Uranium Resource Evaluation (NURE).

and Mineral Technology and the Arizona Geological Survey, mapped the surficial geology and faults of northwestern Arizona, including the Big Sandy River Valley and Ha' Kamwe' area.  Many of the geologic units and faults were derived from previous studies.

Parcel map data are available from Mohave County, Arizona (https://mcgis.mohave.gov/html5/?viewer=moh).  Parcels and land ownership are mixed in the area surrounding Ha' Kamwe' **(Figure 4)**.



Figure 4.  Parcel boundary map showing generalized land ownership.

## GEOLOGIC SETTING

Located in the Basin and Range province of northwestern Arizona, the Big Sandy River Valley consists of an elongated north-trending valley bounded on the east by the Aquarius Mountains and on the west by the Hualapai Mountains.  The central valley is comprised of more than 4,800 feet of lacustrine deposits  due to deep lakes when the valley was a closed basin.  The surrounding mountains are composed of granitic crystalline rocks.  Volcanic rocks overlie the granitic rocks in the mountains in the

southeastern and northern parts of the area, and these basalts are interlayered within the lacustrine sedimentary units in parts of the central valley **(Figure 5)**.

The USGS published a report describing the Big Sandy Formation (Sheppard and Gude, 1972), a name applied to lacustrine deposits of upper Miocene to Pliocene age (5.4 - 2.4 million years ago).  The formation consists mainly of green and brown mudstone, limestone, and thin interbedded tuffs of volcanic ash mixed with mudstone.  As extension faulting of the Basin and Range created rift zones, deep closed basins were formed that filled with sediments, with later volcanic activity in places overlying the basin-fill sediments.  Most of these basin-fill sediments are poorly lithified, porous and permeable sand and gravel, but also include silt, clay, limestone, and evaporites of halite, gypsum, and anhydrite.  The exposed thickness of the Big Sandy Formation was described as 245 feet (Sheppard and Gude, 1972) at the cross section location just north of Ha' Kamwe'.



Figure 5.  Depth to bedrock from land surface (thickness of basin-fill deposits) in the Big Sandy Valley.



## Faults and Lineaments

In the Basin and Range Province, volcanic and sedimentary rocks were faulted and tilted due to early to middle Miocene crustal extension, characterized by large-scale low-angle normal faulting with closely spaced faults cutting and tilting volcanic and sedimentary rocks (Spencer, 2011). Many of these extension events resulted in closed basins, where extension broke apart the bedrock surface, uplifting some fault blocks and down dropping others. These down-dropped closed basins filled-in with fluvial sediments, which formed the deep basins that are host to the evaporites, mudstones, and lacustrine limestone deposits (Spencer, 2011). Fractures and faults occur in the granitic and volcanic rocks as well as the consolidated and semi-consolidated basin-fill sediments.

Fractures are present as joints, faults, and bedding-plane separations. Fractures in the rocks create features on the land surface, and the fractures may extend into the subsurface. These features are referred to as lineaments (Lattman, 1958; Lattman and Parizek, 1964). Lineaments are indicated by aligned valleys, wind and water gaps, upland sags and depressions, soil-tonal features, springs, sinkholes, and caves (Lattman, 1958; Lattman and Parizek, 1964). Lineaments in the Ha' Kamwe' area are mapped by automation using different bands of Landsat Thematic Mapper 8 (TM-8) images (Mah and others, 1995). Because small scale fractures and joints reflect vertical fractures, lineaments represent possible conduits and planes for movement of groundwater. **Figure 6** shows faults and lineaments in the area surrounding Ha' Kamwe'. Faults are from Davidson (1973). Lineaments were drawn for this report from Thematic Mapper 8 images of auto-generated lineaments features **(Figure 6)**.

With the geologic information available (Caithness Big Sandy, 2000b), a schematic cross section of the Big Sandy River Valley can be described as a bowl-shaped layer cake with numerous stratified beds of lake-bottom deposits typical of arid-region lakes **(Figure 7)**. The layers have different degrees of porosity and lithification, where some layers may act to readily transmit groundwater, and other layers acting as confining units restricting the movement of groundwater. Where present, fractures revealed as lineaments provide for vertical movement of groundwater.



Figure 6. Faults and lineaments representing fractures for groundwater movement in the Ha' Kamwe' area.

## HYDROLOGIC SETTING

### Surface Water

The U.S. Geological Survey (USGS) began collecting streamflow discharge and water-quality data in the area (including Ha' Kamwe') during the late 1950's (https://waterdata.usgs.gov/nwis/inventory?agency_code=USGS&site_no=344143113342501). The USGS began collecting streamflow discharges on the Big Sandy River near Wikieup during the mid-1960's (https://waterdata.usgs.gov/nwis/inventory?agency_code=USGS&site_no=09424450), and a newer streamflow gaging station on the Big Sandy River was established in 2018 closer to Wikieup (https://waterdata.usgs.gov/nwis/inventory?agency_code=USGS&site_no=09424425). For the Big Sandy River, streamflow discharges range from less than 10 to more than 10,000 cubic feet per second **(Figure 8)**. Streamflow discharges can increase many orders of magnitude during streamflow peaks, typically occurring during winter (December-February) of each year, indicating the variable and unsteady conditions of desert-intermontane rivers. Formed by the confluence of Knight and Trout Creeks north of Wikieup, the Big



Figure 7.  Schematic geologic cross section of the Big Sandy River Valley near Ha` Kamwe'.



Sandy River has the appearance of an ephemeral stream through many of its reaches, where flows infiltrate and disappear into alluvium; however, the river appears continuously at the surface as a perennial stream throughout the Wikieup valley.





Figure 8. Streamflow discharges for the Big Sandy River near Wikieup, Arizona: (A) for the historical record covering 1966-2023, and (B) an example showing the typical high-flow period which occurs from January - April of each year.

## Spring Discharges

Historical measurements indicate that the discharge from the spring ranges from 20 to greater than 200 gallons per minute (gpm). These variable flows may be caused by seasonal recharge from rainfall and snowmelt, or may be impacted by groundwater pumping in the Big Sandy Valley and Sycamore Creek areas. The water right for Ha' Kamwe' is listed as 236.6 acre-feet per year by

the Arizona Department of Water Resources (http://www.azwater.gov/querycenter/), which is equivalent to 146.6 gpm.

As part of the Big Sandy Energy Project, hydrogeologic studies and groundwater modeling indicated that excessive pumping of the Big Sandy Valley would impact Cofer Hot Spring (U.S. Department of Interior, 2001; Caithness, 2000a). An aquifer test was performed in a deep well near Sycamore Creek, where the flowing artesian well with potentiometric head at 60 feet above land surface was allowed to discharge, while controlled by valves. The flowing artesian test began at 760 gpm, and increased to 2100 gpm over 11 days. Spring discharges from Ha' Kamwe' measurably decreased within the 11-hour test (Caithness, 2000a). In a more recent 2011-13 study, as part of an aquifer test in the Sycamore Creek area south of Ha' Kamwe', the same deep well near Sycamore Creek was allowed to discharge for almost seven months, with pumping rates increasing to 1,300 gpm over time (Montgomery & Assoc., 2012). As the pumping rates increased late in the test, flows from Ha' Kamwe' decreased to zero **(Figure 9)**, providing evidence that the Ha' Kamwe' aquifer is located at the top of the recharge system for the basin-wide aquifer, and any perturbations to the aquifer are reflected in flows from the Ha' Kamwe' spring.



Figure 9. Spring discharges from Ha' Kamwe' during 2010-13 (data from Montgomery & Associates, written commun., 2022)

## Groundwater and Wells

Groundwater in the Big Sandy Valley occurs in shallow and deep aquifers where water levels in wells can range from 14 to 2,450 feet below land surface (Arizona DWR, 2009) **(Figure 10)**.   In the lower Sycamore Creek basin, deep wells (1,200-1,500 feet) indicate flowing artesian conditions at the surface casings.  These wells draw water from the lower basin fill and bedrock aquifers; however, all of the aquifer systems appear to be connected hydrologically due to vertical fractures such as faults and lineaments shown in **Figure 6**.

## Groundwater Temperatures and Thermal Springs

Geothermal water from wells and springs can be classified as hot, or thermal, if the water temperature is more than 6°C (42.8°F) above mean annual temperature of the area (White, 1957; Miller and others, 1973).  As part of a state-wide study of hot springs in Arizona, Love and others (2014) described the factors that contribute to thermal springs as follows:

1. Upward convection of thermal water along fault zones; primary source of heat not known but possibly due to heated shallow crust.

2. Heat generated by late Quaternary dikes and sills intruded into Cenozoic sediments.

3. Heat produced from the exothermic hydration of anhydrite within basins containing extensive evaporite deposits.

Given that groundwater temperatures reflect the average annual air temperature for a region, and the annual average air temperature for the Big Sandy Valley is about 19-20°C (66-68°F), temperatures of water from domestic wells range from about 20.0°C (68°F) to 24.5°C (76.1°F).  This does not indicate the presence of thermal groundwater in wells of the Big Sandy Valley **(Figure 11)**.  Temperatures of water from non-thermal springs in the area range from 15.0°C (59°F) to 24.5°C, (76.1°F), which is also not indicative of widely dispersed thermal spring water **(Figure 10)**.  Three springs in the area, however, indicate thermal water -- Big Pasture Spring, Ha' Kamwe' (Cofer Hot Spring), and Kaiser Hot Spring, with water temperatures recorded at 31.0°C

(88°F), 35.5°C (95.9°F), and 37.0°C (98.6°F), respectively  **(Figure 11)**.

Temperature of water from Ha' Kamwe' has been recorded as high as 37°C (98.6°F) and as low as 32°C (89.6°F) (Montgomery&Assoc. 2012).  These measurements probably were affected by the location of the measurement-- whether at the spring box, in the pool below the spring box, or at the flume below the spring pools.

## WATER CHEMISTRY OF HA' KAMWE', WELLS, AND OTHER SPRINGS

Dissolved-constituent concentrations in water from Ha' Kamwe' are dependent on mixing of different sources of water.  When thermal groundwater rises from deep geologic settings, it mixes with shallow meteoric water, cools, interacts with the local rocks, and changes the distribution of dissolved constituents due to factors related to thermal cooling and equilibrium geochemistry (Coolbaugh and others, 2010).  Many of the hot springs in Arizona have aqueous chemistry reflecting discharge of deep groundwater.  In contrast, water from Ha' Kamwe' is described by Love and others (2014) as long-term deep circulated water mixed with younger shallow meteoric water (rainfall and snowmelt).

### Water-Analysis Diagram

General characteristics of natural groundwater quality can be described using a water-analysis diagram, which reflect water-rock interactions and sources of groundwater. This diagram, sometimes referred to as a trilinear diagram or Piper diagram, uses a method initially described by Piper (1944) to indicate the chemical quality of major ions in natural water.  The water-analysis diagram shows the relations among concentrations of the cations (positively charged ions) and anions (negatively charged ions) in water from wells and springs.   The values are expressed as percentages of the total milliequivalents per liter of cations (lower left triangle) or of anions (lower right triangle) and are not expressed as actual concentrations. The central quadrilinear graph shows the combined anionic and cationic chemical quality of the water by a third point, which is at the intersection of the rays projected from the points on the cation and anion graphs.



Figure 10.  Water levels in wells and spring locations in the
Big Sandy River Valley and Ha' Kamwe' area.



Figure 11.  Temperature of water from wells and springs in the Big Sandy River Valley and surrounding Ha' Kamwe' area.



The water analyses for wells and springs in the Big Sandy Valley indicate a wide range of different chemical compositions **(Figure 12)**.  Water from wells in the area shows chemistry ranging from sodium-chloride to calcium-magnesium bicarbonate type waters **(Figure 12)**.  Water from Big Pasture Spring resembles shallow meteoric water with a calcium-magnesium bicarbonate signature.  Water from Kaiser Hot spring has a sodium-chloride water signature.  Since the middle of the center diamond-shaped plot would indicate equal mixtures of different waters, Ha' Kamwe' is relatively close to that center **(Figure 12)**, once again indicating mixtures of deep and shallow water.

With regard to dissolved trace metals and constituents, Towne and Rowe (2006) collected water-quality samples from selected wells and springs throughout the Big Sandy Valley.  Results indicate that water from Ha' Kamwe' (sampled during September 2003) had high concentrations of major ions such as chloride, fluoride, sodium, sulfate, and bicarbonate.  Water from the hot spring also had dissolved arsenic concentration of 125 micrograms per liter (or parts per billion, ppb), which exceeds the drinking water standard of 10 ppb.  Other trace constituents detected in water from Ha' Kamwe' include barium, boron, chromium, copper, molybdenum, nickel, and uranium (Towne and Rowe, 2006; Montgomery & Associates, 2012).

## Sources of Water for Ha' Kamwe'

Isotopes are defined as atoms whose nuclei contain the same number of protons but a different number of neutrons (Hoefs, 1987).  Isotopes of different elements such as oxygen, hydrogen, and sulfur are called stable isotopes, while radioactive isotopes are derived from uranium and other radioactive elements.  Stable isotopes are routinely used as tracers in hydrological and geochemical investigations, where results can illustrate the history and pathways of water through the hydrologic cycle (Clark and Fritz, 1997).  Since the hydrologic cycle consists of the constant cycling of evaporation and condensation (precipitation), oxygen and hydrogen isotopes of the water molecule can be altered by these processes, and has been described by Craig (1961) as a generalized linear relationship called the Global Meteoric Water Line (GWML).

### Isotopes of Water

Stable isotopes of oxygen and deuterium (a stable isotope of hydrogen) in water molecules ($H_2O$) are particularly useful for geochemical and hydrological investigations.  Using the ratios of different isotopes of the water molecule, expressed in per mil (or parts per thousand) referenced to the Vienna Standard Mean Ocean Water (VSMOW) (the "delta notation"), the oxygen isotope ratio is referred to as the "delta-O-18" ($\delta^{18}O$) of water, and the deuterium isotope ratio is referred to as the "delta-D" ($\delta D$) of water.  Oxygen and hydrogen isotopes, when plotted on a graph, can be used to describe the effects of evaporation and geothermal groundwater heating by deviation from the GWML.  The effects of evaporation are shown by the positive shift of both the $\delta^{18}O$ and $\delta D$ values, causing a shift of isotope data to the upper right of the isotope plot.

One of the principal conclusions drawn from stable isotope studies of water from geothermal systems is that most hot spring waters are derived from local precipitation (Hoefs, 1987, p. 100), but are enriched in the O-18 by isotope exchange with rocks at elevated temperatures (Hoefs, 1987, p. 100).  This positive O-18 shift has been widely recognized, and depends on the O-18 values of the original meteoric water and the O-18 contents within rocks of the geothermal reservoir (Clark and Fritz, 1997, p. 250).  Hydrogen isotopes are not affected by geothermal reservoirs because of the lack of light hydrogen in most rocks (Clark and Fritz, 1997, p. 250).

Oxygen and deuterium isotopes of water from thermal springs in Arizona (Love and others, 2014) are plotted in **Figure 13** along with isotope data for Ha' Kamwe' (Montgomery & Assoc., 2012).  Isotope data show that water from Ha' Kamwe' exhibits the positive O-18 shift to the right of the GWML, indicating the effects of geothermal heating on water from the spring **(Figure 13).**  While water from Kaiser Hot Spring plots firmly with other hot spring data from Arizona showing the geothermal signature, the isotope data from Ha' Kamwe' may also be indicative of an evaporation signature **(Figure 13)**, possibly due to the mixing of different sources of groundwater for the spring.



Figure 12.  Water-analysis diagram showing percentages of cations (lower left triangle), anions (lower right triangle), and combinations of cations and anions (center diamond).





EXPLANATION

◇ Ha' Kamwe' (Cofer Hot Spring)   ■ Kaiser Hot Spring

● Arizona Thermal Springs (AGS OFR-14-06)   ▬ Global Meteoric Water Line (Craig, 1961)

Figure 13. Oxygen and deuterium isotopes of the water molecule for Ha' Kamwe' and other thermal springs in Arizona.

**Isotopes of Dissolved Sulfate**

Data for the oxygen and sulfur isotopes of dissolved sulfate (symbols $\delta^{18}O_{SO4}$ and $\delta^{34}S_{SO4}$, respectively) can provide insight into the processes that formed the sulfate (Wright and Nordstrom, 1999). In many geologic settings, sulfate isotope data can reflect the mineralogy of the dissolved-sulfate source (Clark and Fritz, 1997, p. 142). The isotopes of sulfate data also can determine whether sulfate reduction has occurred in the water. Gypsum and anhydrite are shown to be dominantly hypogene (hydrothermal) in origin with heavy sulfur and oxygen isotopic compositions ($\delta^{34}S_{SO4}$ =15 to 18 per mil and $\delta^{18}O_{SO4}$ = –3 to 5 per mil). In contrast, sulfur isotopes of mineral pyrite are significantly lighter ($\delta^{34}S$ = –7 to 2.5 per mil) (Nordstrom and others, 2004). Dissolved-sulfate isotope data in water from Ha' Kamwe' were collected by Montgomery & Associates (2012) during the aquifer test of deep wells in lower Sycamore Creek, and can be compared to other isotope data.

Isotopes of dissolved sulfate in water from springs in a mineralized hardrock mining area of the San Juan Mountains, southwestern Colorado, shows the predominant effects of pyrite oxidation on the

isotopic signatures of water from springs **(Figure 14)** (Wright and Nordstrom, 1999; Nordstrom and others, 2004). Water from some of the springs indicate a mixture of the effects of pyrite oxidation and dissolution of gypsum and(or) anhydrite **(Figure 14)**. Isotope samples of water from Ha' Kamwe' similarly indicate the mixture of different sources of dissolved sulfate showing the effects of pyrite oxidation and gypsum and(or) anhydrite dissolution **(Figure 14).** It may, therefore, be inferred that water from Ha' Kamwe' is sourced from a combination of deep bedrock water containing mineral pyrite and basin fill deposits containing evaporite deposits of gypsum and(or) anhydrite.

**DISCUSSION**

Ha' Kamwe' has been previously described as an artesian spring, where the water was thought to originate from a deep geothermal bedrock source where thermal water rises to the surface through a fault connected directly to this supposed artesian source. On geologic maps (Davidson, 1973; Santa Fe Pacific Railroad Company, 1988), a dashed fault line is shown at the location of Ha' Kamwe', showing that the geologist who mapped the fault hypothesized that there must be a fault at that location for the geothermal spring to exist. The occurrence of a fault at the spring site has not been confirmed. Rather, it is the hypothesis of this report that there are other explanations for the occurrence of the spring, as discussed below.

**Ha' Kamwe' Is Part of A Karst Aquifer System**

Limestone is present in the geologic section of the Big Sandy Formation, as mapped by the U.S. Geological Survey (Shepard and Gude, 1972). Because limestone is soluble in water, the presence of limestone in the Big Sandy Formation indicates the possibility of development of subsurface solution-enlarged fractures and conduits that transmit groundwater. Called "karst" from the studies of limestone terrain in the former Yugoslavia (Gospodaric and Habic, 1976), the occurrences of springs, sinkholes, blind valleys, and caves are indicative of karst terrain (White, 1988). The geologic



## EXPLANATION

◇   HA' KAMWE' (COFER HOT SPRING)

●   SPRINGS IN SAN JUAN MOUNTAINS OF COLORADO
     AFFECTED BY PYRITE OXIDATION

▲   SPRINGS IN SAN JUAN MOUNTAINS OF COLORADO
     AFFECTED BY MIXTURES OF PYRITE OXIDATION AND
     DISSOLUTION OF ANHYDRITE, GYPSUM, AND BARITE

Figure 14.  Oxygen and sulfur isotopes of dissolved sulfate in water from Ha' Kamwe' and
from springs in the San Juan Mountains of Colorado.



15



Figure 15.  Extent of limestone outcrop inferred from geologic section mapped by Sheppard and Gude (1972), with arrow pointing at type location of the Big Sandy Formation.

type section for the Big Sandy Formation (Sheppard and Gude, 1972) was mapped in the canyon just north of Ha' Kamwe' **(Figure 15)**.  With a bedding dip of $1^o$ to $2^o$ rising to the east, the outcrop of the limestone bed of the Big Sandy Formation was extended to show that the Ha' Kamwe' indeed emanates from the limestone bed **(Figure 15)**.  This indicates that the spring is a karst spring, and the aquifer recharging the spring is a karst aquifer.  The recharge area for the karst aquifer lies up-dip and to the east of Ha' Kamwe'.

Ha' Kamwe' is anomalous in that it resurges nearly 200 feet higher than the river valley.  This is called a **"perched aquifer,"** which is an aquifer that occurs above the regional water table due to a lower permeability geologic unit below the aquifer.  Since it is a karst aquifer, the Ha' Kamwe' aquifer is, therefore, described as a "perched karst aquifer."  While called a *perched karst aquifer*, the spring aquifer is connected to deep basin aquifers through vertical fractures, where any activity in the basin could impact the spring.

## Sources of  Geothermal Water

In the description of thermal springs in Arizona (Love and others, 2014), sources of geothermal water include upward convection of thermal water along fault zones, proximity to intrusive dikes, and exothermic reactions from the hydration of evaporite minerals.  Geochemical data from Ha' Kamwe' does not align with typical constraints for characterization of geothermal resources (Love and others, 2014).  Water-quality and isotope data from Ha' Kamwe' indicate mixtures of deep and shallow water, produced by rising deep circulation water, mixed with shallow meteoric water, flowing through solution-enlarged conduits within the perched karst aquifer, geochemically reacting with limestone, basin-fill, and evaporite deposits.  Thermal heat added by hydration of evaporite minerals would be minimal, and could only result from hydration of pure anhydrite or lithium salt.  Concentration of lithium in water from Ha' Kamwe' was reported at only 0.33 milligrams per liter (ppm) (Love and others, 2014, p. 37), which does not indicate thermal heat addition due to hydration of lithium salt.



Figure 16.  Inferred recharge area for Ha' Kamwe' and locations of completed
and proposed exploration boreholes.

## Recharge Area for Ha' Kamwe'

Realizing that water from Ha' Kamwe' is a mixture of shallow and deep sources, there exists a definable recharge area for the spring that extends upgradient from the spring to the east.  Using USGS streamflow gaging data and statistical analyses for the Big Sandy River, Burro Creek, and Cottonwood Wash (upper Big Sandy tributary), the annual average discharge from these sites was calculated to be about 0.03 cubic feet per second per square mile ($ft^3$/sec/$mi^2$).  Given an average discharge of 0.3 $ft^3$/sec for Ha' Kamwe', the recharge area for the spring would be about 10 $mi^2$ **(Figure 16)**. Groundwater modeling results from Caithness (2000a) indicate that the recharge area for the deep basin aquifer, that was tapped by deep wells at the energy project, is 50 to 80 square miles.  The Ha' Kamwe' recharge area shown above overlies the northern extent of that deep basin recharge area, meaning that the Ha' Kamwe' aquifer is situated at the top of the deep basin aquifer.  An appropriate analogy for this would be a bowl full of water, with a plug at the bottom of the bowl—pull the plug and the bowl will empty.  Ha' Kamwe' is located at the top of the bowl.

## Effects of Exploratory Drilling

Due to the reported occurrences of the element lithium in the basin-fill deposits, there has been extensive exploratory borehole drilling directly upgradient from the spring within the recharge zone for Ha' Kamwe' **(Figure 16)**.  The first 15 boreholes were drilled in 2018, which were scattered around the lower Big Sandy Valley area.  The second round of 34 boreholes were drilled in 2019 directly upgradient from the spring **(Figure 16)**.  A third borehole drilling program has been proposed, and the Bureau of Land Management (BLM) has issued a Final Environmental Assessment (Final EA) for the drilling program where an additional 143 exploratory boreholes could be drilled.  Possible effects of drilling on Ha' Kamwe' are not mentioned in the Final EA.  Groundwater regulations (Arizona DWR, 2008; Arizona Administrative Code Title 12, Chapter 15: R12-15-816) specify that boreholes that encounter groundwater must be pressure sealed using downhole tremie pipes to deliver grout to the bottom of the boreholes in order to prevent vertical migration of groundwater.  Boreholes previously drilled did not specify the use of tremie pipes to seal the abandoned boreholes; therefore, these boreholes have been improperly abandoned (Montgomery &  Associates, 2012), and have likely affected the vertical migration



17

of groundwater, impacting spring discharges and thermal spring water temperatures.

As stated in a letter from the Hualapai Tribal Council (2021) to the BLM, the Final EA purports that exploratory drilling will not exceed 360 feet below the ground surface, and it claims this drilling will not reach the known groundwater table (BLM, 2021, p. 3). However, field measurements during May 2021 indicate current groundwater level is about 69 feet below land surface within the BLM Airstrip well (309 feet deep) located about 200 feet to the east-northeast of the spring. This places groundwater clearly within the exploration depths of past and proposed future exploration drilling activities (Montgomery & Associates, 2021). From the schematic geologic section in this report **(Figure 6 and Cover)**, the exploration boreholes penetrated deeper than the Big Sandy River, indicating that any alteration of the hydrology of the Ha' Kamwe' karst system would cause water from the valley aquifer to deviate from its path to pursue the paths of least resistance caused by numerous holes drilled into the fragile karst aquifer system. The Final EA fails to thoroughly present or analyze data that could affect water resources or water quality. Any development within the recharge area for the spring, especially within the immediate vicinity of the spring, will cause irreversible negative effects to the spring and its environs.

## Effects of Groundwater Pumping

As part of the Big Sandy Energy Project (U.S. Department of Interior, 2001; Caithness, 2000), hydrogeologic studies and groundwater modeling indicated that excessive pumping of the valley deposits would impact Ha' Kamwe'. The project was denied an operating permit due to the concerns that the spring would be impacted. During 2011-12, as part of an aquifer test in the Sycamore Creek area south of Ha' Kamwe', a deep production well was pumped for almost seven months. As the pumping rates increased late in the test, discharges from Ha' Kamwe' decreased to zero flow (Montgomery & Associates, 2012). This indicates that the karst aquifer feeding Ha' Kamwe' is connected to the Big Sandy Valley aquifers, and the recharge area for the spring, therefore, likely extends far into the Aquarius Mountains to the east of Ha' Kamwe' (Caithness, 2000; Montgomery & Associates, 2012).

In April 2015, the U.S. Department of the Interior and Byner Cattle Co., a subsidiary of Freeport-McMoRan, proposed an agreement to transfer water rights from the Byner Cattle Co.'s Planet Ranch holdings on the Bill Williams River to the Big Sandy Basin pumping wells (https://en. wikipedia.org/wiki/Big_Sandy_River). According to the agreement (U.S. Department of the Interior, 2015), water is being pumped from Byner Cattle Co. wells in the Big Sandy River valley to the mining town of Baghdad, Arizona in neighboring Yavapai County. Many of these production wells are located in the northern and central parts of the valley, yet previous studies have shown that the aquifers beneath the valley are interconnected (Davidson, 1973; Campbell and Jones, 1979). Additional aquifer development is anticipated from Sycamore Creek located 2.5 miles to the south of Ha' Kamwe', which could affect or dry up the spring (Caithness, 2000; BLM, 2001).

## Additional Data Collection Efforts and Scientific Investigations Are Needed

Additional data collection efforts and scientific investigations are needed to clarify and quantify the effects of exploratory drilling, groundwater development, and the potential for mining. Current, ongoing data-collection efforts to monitor flows and water temperatures from the spring should continue. New future efforts could include: (1) Sampling of water from wells and springs in the Ha' Kamwe' recharge area for analysis of major ions, trace elements, isotopes, and groundwater age-dating parameters; (2) Geochemical modeling and groundwater pathway analyses; (3) Streambed sediment analyses for trace element concentrations in the recharge area; and (4) Groundwater flow modeling of the Ha' Kamwe' recharge area.

## SUMMARY AND CONCLUSIONS

Available data and information for Ha' Kamwe' and surrounding area indicates the presence of limestone in the geologic section, hence the spring has the appearance and characteristics of a *karst spring*. Since the spring is elevated above the Big Sandy Valley by about 200 feet, the spring could be called a *perched karst spring*. However, the spring aquifer is connected to the basin-fill aquifer through vertical

fractures; for example, the spring has been depleted of its water (dried up) due to groundwater pumping from a deep well 2.5 miles to the south. Whereas historical flows from the spring have been documented at greater than 200 gallons per minute, and the water right for the spring represents 146 gpm, the spring flows have been reduced possibly due to exploratory borehole drilling and aquifer pumping in the Big Sandy Valley.

Mapped by the USGS in 1972, a geologic section of limestone outcrops in the canyon immediately north of Ha' Kamwe'. This limestone bed can be delineated to outcrop at Ha' Kamwe'. Because limestone is soluble in water, there is the likely development of subsurface solution-enlarged fractures and conduits that transmit groundwater. Called *"karst"* from the studies of limestone terrain in the former Yugoslavia, karst terrain is characterized by the occurrence of springs, sinkholes, blind valleys, and caves. The Ha' Kamwe', therefore, appears to be a *karst spring*.

Faults and lineaments in the Ha' Kamwe' area were mapped using existing geologic maps and Landsat Thematic Mapper 8 (TM-8) images. Lineaments can represent vertical fractures, subsurface conduits, and planes for movement of groundwater.

Groundwater in the Big Sandy Valley occurs in shallow and deep wells that range from 14 to 2,450 feet below land surface, with depths to water levels ranging from about 4 to 1,315 feet below land surface. Springs are typically resurgent at stream level; however, Ha' Kamwe' is anomalous in that it resurges nearly 200 feet higher than the river valley. This is called a *"perched aquifer."*

Groundwater temperatures reflect the average annual air temperature for a region, and the annual average air temperature for the Big Sandy Valley is about 19-20°C (66-68°F). Temperatures of water from wells range from about 20.0°C (68°F) to 24.5°C (76.1°F), which does not indicate the presence of thermal groundwater in wells of the Big Sandy Valley. Three springs in the area, however, indicate thermal water -- Big Pasture Spring, Ha' Kamwe', and Kaiser Hot Spring, with water temperatures recorded at 31.0°C (88.0°F), 35.5°C (95.9°F), and 37.0°C (98.6°F), respectively.

At Ha' Kamwe', historical measurements of discharge indicate that the spring discharge ranges from 20 to greater than 200 gallons per minute (gpm). These variable flows may be caused by seasonal recharge from annual rainfall and snowmelt, or may be impacted by borehole drilling and groundwater pumping in the Big Sandy Valley and Sycamore Creek areas. The water right for Ha' Kamwe' is listed as 236.6 acre-feet per year (AFY) by the Arizona DWR, which is equivalent to 146.6 gpm. Data indicate that the spring discharge frequently decreases below the 146.6 gpm threshold. Temperature of water from Ha' Kamwe' has been historically recorded as high as 37°C (98.6°F) and as low as 32°C (89.6°F). Groundwater pumping in the valley will likely affect the spring water temperatures.

Water-quality data from Ha' Kamwe' indicates mixtures of deep and shallow water, which is produced by rising deep circulation water, mixed with shallow meteoric water, geochemically reacting with limestone, basin-fill, and evaporite deposits. Water-quality data from other wells and springs in the Big Sandy Valley indicates a wide range of different chemical compositions, ranging from sodium-chloride to calcium-magnesium bicarbonate type waters. Water from Big Pasture Spring resembles shallow meteoric water with a calcium-magnesium bicarbonate signature. Water from Kaiser Hot spring has a deep circulation sodium-chloride type water signature.

Data indicate that water from Ha' Kamwe' has high concentrations of major ions such as chloride, fluoride, sodium, sulfate, and bicarbonate. Water from the hot spring also has dissolved arsenic concentration of 125 micrograms per liter (or parts per billion, ppb), which exceeds the drinking water standard of 10 ppb. Other trace constituents reported in water from Ha' Kamwe' include barium, boron, chromium, copper, molybdenum, nickel, and uranium.

Using streamflow gaging data and statistical analyses for the region, the recharge zone for Ha' Kamwe' is delineated (preliminary, needs field verification) to be about 10 square miles. While the quantities of water rising from deep thermal sources is uncertain, the recharge zone for the spring was estimated to extend east by northeast into the Aquarius Mountains from Ha' Kamwe'

Exploratory borehole drilling has occurred directly upgradient from the spring within the recharge



zone for Ha' Kamwe'. The first 15 boreholes were drilled in 2018, which were scattered around the lower Big Sandy Valley area. The second round of 34 boreholes were drilled in 2019 directly upgradient from the spring. A third borehole drilling program has been proposed, and the BLM has issued a Final Environmental Assessment (Final EA) for the drilling program where an additional 143 exploratory boreholes might be drilled. Possible effects of drilling on Ha' Kamwe' are not mentioned in the Final EA. Boreholes already drilled and improperly sealed will affect the vertical migration of groundwater, negatively and irreversibly impacting spring water discharges, temperatures, and chemistry.

Cumulative effects include groundwater development and pumping of the Big Sandy Valley aquifer that have been ongoing for decades. Previous studies have shown that the aquifers beneath the valley are interconnected, and additional aquifer development is scheduled for Sycamore Creek to the south of Ha' Kamwe'. Spring discharges and temperatures of Ha' Kamwe' have been affected by deep aquifer pumping. Exploratory drilling has contributed substantially to the cumulative effects on Ha' Kamwe'.

Current, ongoing data-collection efforts to monitor flows and water temperatures from the spring should continue. Additional data collection efforts and scientific investigations are needed to clarify and quantify the effects of exploratory drilling, groundwater development, and the potential for mining.

## REFERENCES CITED

Arizona DWR, 2008, Well Abandonment Handbook: Arizona Department of Water Resources, October 2008.

Arizona DWR, 2009, Arizona Water Atlas, Volume 4, Upper Colorado River Planning Area: Arizona Department of Water Resources, 412 p., https://prism.lib.asu.edu/items/49257/view.

Arizona DEQ, 2012, Alamo Lake TMDL for Mercury in Fish Tissue: Arizona Department of Environmental Quality, Open File Report 12-04, 64 p.

BLM, 2021, Big Sandy Inc., Sandy Valley Exploration Project (Phase 3), AZA-37913: United States Department of the Interior, Bureau of Land Management, Environmental Assessment, DOI-BLM-AZ-C010-2021-0029-EA, March 2021, 19 p., Appendices A-F.

Cady, C.V., 1980, Depth to Water, Altitude of the Water Level, and Water Quality - Map Showing Ground-Water Conditions in the Big Sandy Area, Yavapai and Mohave Counties, Arizona: Arizona Department of Water Resources, DWR Hydrologic Map Series Report No. 5, Sheet 1 of 1.

Caithness Big Sandy, L.L.C., 2000a. Water Resources of the Southern Portion of the Big Sandy Valley, Wikieup, Mohave County, Arizona.

Caithness Big Sandy, L.L.C., 2000b. Big Sandy Energy Project Geology Report. Prepared by Manera, Inc., submitted by Caithness Big Sandy, L.L.C. June.

Caithness Big Sandy, L.L.C., 2000c, Big Sandy Energy, Application for a Certificate of Environmental Compatibility, Supplemental Information: Prepared for State of Arizona Power Plant and Transmission Line Siting Committee, October 19, 2000.Campbell, A., and Jones, N.O., 1979, Preliminary Geothermal Assessment of the Big Sandy Valley, Mohave County, Arizona: Arizona Geological Survey, Open-File Report 79-15, 26 p.

Clark, I.D., and Fritz, P., 1997, Environmental Isotopes in Hydrogeology: CRC Press LLC, New York, 328 p.

Coolbaugh, M., Lechler, P., Sladek, C., and Kratt, C., 2010, Lithium in tufas of the Great Basin--Exploration implications for geothermal energy and lithium resources: Transaction of the Geothermal Resources Council, Vol. 34, p. 521-526.

Craig, H., 1961, Isotopic variations in meteoric waters: Science, v. 133, p. 1702-1703.

Davidson, E.S., 1973, Water Resources Appraisal of the Big Sandy Area, Mohave County, Arizona: Arizona Water Commission Bulletin 6, in cooperation with the U.S. Geological Survey, 40 p., 2 plates.

Gospodaric, R., and Habic, P., 1976, Underground Water Tracing, Investigations in Slovenia 1972-75: Institute of Karst Research, Yugoslavia, 312 p.

Gu, A., Eastoe, C.J., 2011, The Origins of Sulfate in Cenozoic Non-Marine Evaporites in the Basin and-Range Province, Southwestern North America: Geosciences, v. 11, n. 455, https://doi.org/10.3390/geosciences11110455.

Hoefs, J., 1987, Stable isotope geochemistry: Springer-Verlag, New York, 241 p.

Hualapai Tribal Council, 2021, Hualapai Tribal Objection to the Sandy Valley Lithium Project: Hualapai Tribal Council Resolution No. 24-2021, April 22, 2021.

Kingman Daily Miner, 2001, Caithness appeals rejection of area power plant by siting panel: Kingman Daily Miner October 4, 2001.

Langer, W.H., Mulvihill, D.A., and Anderson, T.W., 1983, Maps Showing Ground-Water Levels, Springs, and Depth to Water, Basin and Range Province, Arizona: U.S. Geological Survey Water-Resources Investigation Report 83-4114-B, 7 p., 2 plates.

Lattman, L.H., 1958, Techniques of mapping geologic fracture traces and lineaments on aerial photographs: Photogrammetric Engineering, v. 14, no. 4, p. 568-576.

Lattman, L.H., and Parizek, R.R., 1964, Relationship between fracture traces and the occurrence of ground water in carbonate rocks: Journal of Hydrology, v. 2, p. 73-91.

Love, D.S., Gootee, B.F., Cook, J.P., Mahan, M.K., and Spencer, J.E., 2014, An Investigation of Thermal Springs throughout Arizona--Geochemical, Isotopic, and Geological Characterization, Arizona Basin and Range Province:  Arizona Geological Survey Open-File Report -14-06, 129 p.

Mah, A., Taylor, G.R., Lennox, P., and Balia, L., 1995, Lineament Analysis of Landsat Thematic Mapper Images, Northern Territory, Australia:  Photogrammetric Engineering & Remote Sensing, Vol. 61, No. 6, June 1995, pp. 761-773.

Meazell, P.K., 2014, Porphyry Copper Exploration of the Hualapai Mountains, Mohave County, Arizona, USA-- A Multi-faceted Approach:  UNLV Theses, Dissertations, Professional Papers, and Capstones, 2195, 146 p.

Miller, T.P, Barnes, I., and Patton, W.W., Jr., 1973, Geologic Setting and Chemical Characteristics of Hot Springs in Central and Western Alaska:  U.S. Geological Survey Open-File Report 73-188, 25 p.

Moyer, T.C., 1990, Generalized Geologic Map of the Kaiser Spring Volcanic Field, Mohave County, Arizona:  Arizona Geological Survey, Contributed Map CM-90-C.

Montgomery & Associates, 2012, Addendum to summary of aquifer testing of the confined volcanic aquifer at Well PW-2 in the Big Sandy Valley:  Technical Memorandum to Freeport-McMoran Baghdad Inc., December 17, 2012.

Montgomery & Associates, 2021, Technical comments to Environmental Assessment, Big Sandy Inc Sandy Valley Exploration Project (Phase 3), AZA-37913 [DOI-BLM-AZ-C010-2021-0029-EA]:  Written Communication to Hualapai Tribe, Dr. Damon Clarke, Hualapai Chairman, June 21, 2021.

Nordstrom, D.K., Wright, W.G., Mast, M.A., and Bove, D.J., 2004, Aqueous-sulfate stable isotopes--a study of mining-affected and natural acidic drainage:  U.S. Geological Survey Professional Paper 1651, Chapter E8.

Piper, A.M., 1944, A graphic procedure in the geochemical interpretation of water analyses: Transactions of the American Geophysical Union--Papers in Hydrology, v. 25, no. 16, p. 914-928.

Richard, S.M., Shipman, T.C., Greene, L.C., and Harris, R.C., 2007, Estimated Depth to Bedrock in Arizona: Arizona Geological Survey, Digital Geologic Map Series DGM-52.

Santa Fe Pacific Railroad Company, 1988, Geologic Map of Santa Fe Pacific Railroad Company Mineral Holdings in Northwestern Arizona:  Arizona Bureau of Geology and Mineral Technology, Miscellaneous Map Series MM-88A, 1 plate, 1:250,000 scale.

Shen, L.,Wang, L., Liu, C., Zhao, Y. Sr, 2021, S, and O Isotope Compositions of Evaporites in the Lanping–Simao Basin, China:  Minerals, v. 11, n. 96. https://doi.org/10.3390/min11020096

Shepherd, J.P., 2010, We Are An Indian Nation-- A History of the Hualapai People:  The University of Arizona Press, 282 p.

Sheppard, R.A., and Gude, A.J., III, 1972, Big Sandy Formation Near Wikieup, Mohave County, Arizona:  U.S. Geological Survey Bulletin 1354-C, 10 p.

Smith, S.M., 1997, National Geochemical Database; Reformatted data from the National Uranium Resource Evaluation (NURE) Hydrogeochemical and Stream Sediment Reconnaissance (HSSR) Program, Version 1.41 (2006): U.S. Geological Survey Open-File Report 97-492, accessed November 9, 2017 at http://pubs.usgs.gov/of/1997/ofr-97-0492/index.html.

Spencer, J.E., 2011, Preliminary Evaluation of Cenozoic Basins in Arizona for CO2 Sequestration Potential: Arizona Geological Survey, Open-File Report OFR-11-05, V1.2, 14 p.

Towne, D.C., and Rowe, L., 2006, Ambient Groundwater Quality of the Big Sandy Basin: A 2003-2004 Baseline Study:  Arizona Department of Environmental Quality Open-file Report 06-09, 67 p.

U.S. Department of the Interior, Bureau of Land Management; U.S. Department of Energy, Western Area Power Administration, 2001, Big Sandy Energy Project Environmental Impact Statement:  BLM/AZ/PL-01/O04 DOEIEIS-0315.

U.S. Department of the Interior, 2015, Planet Ranch Lease Draft Environmental Assessment LC-14-15, Appendix B- Big Sandy River-Planet Ranch Water Rights Settlement Agreement:  Bureau of Reclamation, Lower Colorado Region, Boulder City, Nevada, April, 2015.

White, D. E., 1957, Thermal waters of volcanic origin:  Geol. Soc. America Bull., v. 68, p. 1637-1658.

White, W.B., 1988, Geomorphology and Hydrology of Karst Terrains:  Oxford University Press, New York, 464 p.

Wright, W.G., and Nordstrom, D.K., 1999, Oxygen isotopes of dissolved sulfate as a tool to distinguish natural and mining-related dissolved constituents *in* U.S. Geological Survey Toxics Substances Hydrology Program-- Proceedings of the technical meeting, Charleston, South Carolina, March 8-12, 1999.



21

