DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Diane J. Humetewa | **Date:** September 17, 2024 |
| **Case Number:** CV-24-08154-PCT-DJH | |
| **Hualapai Indian Tribe v. Haaland et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | **Laura Berglan** | **Daniel Luecke** |
| | **Jeffrey C. Parsons** | **Matthew Marinelli** |
| | **Thomas R. Delehanty** | |
| | | **Intervenor Defendant(s) Counsel** |
| | | **Mitchell Fleischmann** |
| | | **Bree Nevarez** |
| | | **William Thorpe** |

**PRELIMINARY INJUNCTION HEARING:**

9:32 a.m. Counsel and parties present. Rule of Exclusion is invoked. Pursuant to the parties' agreement, Exhibits 1-19 are admitted. 9:46 a.m. Ka-Voka Jackson sworn and examined. 10:28 a.m. Witness excused. Brandon Siewiyumptewa sworn and examined. 10:47 a.m. Witness excused. Winfield Wright sworn and examined. Witness designated as an expert. 11:18 a.m. Recess.

11:40 a.m. Court reconvenes. Counsel and parties present. Witness examined further. 12:35 a.m. Recess.

1:23 p.m. Court reconvenes. Counsel and parties present. The previous witness having been excused, Frank Mapatis sworn and examined. 2:00 p.m. Witness excused. Duane Clarke sworn and examined. 2:09 p.m. Witness excused. Peter Burck sworn and examined. Exhibit DX-17 is admitted. Witness designated as an expert. Defendants' remaining Exhibits DX-1 through DX-16 are admitted. 2:52 p.m. Witness excused. Recess.

3:06 p.m. Court reconvenes. Counsel and parties present. Ivan Martirosov sworn and examined. Intervenor-Defendant's Exhibits AZL1 through AZL-43 and AZL45 are admitted. 3:51 p.m. Witness excused. Bryan Moravec, Ph.D. sworn and examined. 4:33 p.m. Witness excused. Paul Lloyd sworn and examined. 4:39 p.m. Witness excused. 4:45 p.m. Plaintiff's closing argument. 4:50 p.m. Defendants' closing argument. 4:55 p.m. Intervenor-Defendant's closing argument. **IT IS ORDERED** that counsel may file a summation brief of no more than seven (7) pages within (7) seven days. **IT IS FURTHER ORDERED** taking the matter under advisement. 4:58 p.m. Recess.

| | |
|---|---|
| Deputy Clerk: Liliana Figueroa | **Start:  9:32 AM** |
| Court Reporter: Hilda Lopez | **Stop:  4:58 PM** |
| | **Total:  5hrs 22min** |