**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
Jennine Burns (State Bar No. 031133)
Kristin Wrobel (State Bar No. 031147)
Office of the Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
ENVProtect@azag.gov
Jennine.Burns@azag.gov
*Attorneys for Amicus Curiae*
*State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona, | Case No. 24-CV-08154-DJH |
| Plaintiffs, | **STATE OF ARIZONA'S NOTICE OF WITHDRAWAL OF DUPLICATIVE DOCUMENTS** |
| v. | |
| Debra Haaland, et al., | |
| Defendants, | |
| and | |
| Arizona Lithium, Ltd., | |
| Intervenor Defendants. | |

On September 16, 2024, the State of Arizona filed its Motion for Leave to File Brief of Amicus Curiae [Dkts 51, 52]. The State of Arizona also filed Documents 49-50 the same date and now files this Notice to inform the Court that it is withdrawing Documents 49-50 as duplicative and in error.

RESPECTFULLY SUBMITTED this 18th day of September, 2024.

**KRIS MAYES**
**ATTORNEY GENERAL**

By:   */s/ Kristin Wrobel*
Kristin Wrobel
Jennine Burns
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-3725
Jennine.Burns@azag.gov
ENVProtect@azag.gov

*Attorneys for Amicus Curiae*
*State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, I caused the foregoing Notice of Withdrawal of Duplicative Documents to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

                                                          */s/ Kristin Wrobel     ]*