**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☑ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: __**3:24-cv-8154-DJH**__   Judge Code **DJH**  Date _9/17/2024_

__*Hualapai Tribe*__  vs.  __**Haaland, et al.**__

☐  Plaintiff / Petitioner  ☑  Defendant / Respondent / **Intervenor**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| AZL-1 | | 9/17/24 | Big Sandy Exploration Drilling Binder (August 2024) |
| AZL-2 | | | Drill Sites Imagery |
| AZL-3 | | | NZ10 Photo |
| AZL-4 | | | NZ11 Photo |
| AZL-5 | | | NZ12 Photo |
| AZL-6 | | | NZ12 Photo and Bulk Drill Site Photo |
| AZL-7 | | | NZ13 Photo |
| AZL-8 | | | NZ14 Photo |
| AZL-9 | | | NZ14 Photo (2) |
| AZL-10 | | | View from NZ 10 Photo |
| AZL-11 | | | View from NZ 11 Photo |
| AZL-12 | | | View from Road bw NZ10 and NZ11 Photo |
| AZL-13 | | | Tribal Monitor Report (B_Escobar) - August 7, 2024 |
| AZL-14 | | | Tribal Monitor Report (B_Escobar) - August 8, 2024 |
| AZL-15 | | | Tribal Monitor Report (J_Gordon) - August 8, 2024 |
| AZL-16 | | | Tribal Monitor Report (Montoya) - August 11, 2024 |
| AZL-17 | | | Tribal Monitor Report (J_Gordon) - August 12, 2024 |
| AZL-18 | | | Tribal Monitor Report (B_Escobar) - August 13, 2024 |
| AZL-19 | | | Tribal Monitor Report (B_Escobar) - August 13, 2024 (Airstrip) |
| AZL-20 | | | Tribal Monitor Report (B_Escobar) - August 13, 2024 (Drillpad) |
| AZL-21 | | ✓ | Tribal Monitor Report (J_Gordon) - August 13, 2024 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☑ Preliminary Injunction    ☐ TRO          ☐ Non-Jury Trial    ☐ Jury Trial

Case Number:    **3:24-cv-8154-DJH**        Judge Code  **DJH**    Date 9/17/2024

_____*Hualapai Tribe*_____   vs.   **Haaland, et al.**

☐        Plaintiff / Petitioner          ☑    Defendant / Respondent / **Intervenor**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| AZL-22 | | 9/17/24 | Tribal Monitor Report (S_Selana) - August 13, 2024 |
| AZL-23 | | | Tribal Monitor Report (B_Escobar) - August 14, 2024 |
| AZL-24 | | | Tribal Monitor Report (J_Gordon) - August 14, 2024 |
| AZL-25 | | | Tribal Monitor Report (S_Selana) - August 14, 2024 |
| AZL-26 | | | Tribal Monitor Report (B_Escobar) - August 15, 2024 |
| AZL-27 | | | Tribal Monitor Report (J_Gordon) - August 15, 2024 |
| AZL-28 | | | Tribal Monitor Report (B_Escobar) - August 16, 2024 |
| AZL-29 | | | Tribal Monitor Report (J_Gordon) - August 16, 2024 |
| AZL-30 | | | Tribal Monitor Report (B_Escobar) - August 17, 2024 (Access Road) |
| AZL-31 | | | Tribal Monitor Report (B_Escobar) - August 17, 2024 (Bulkpad) |
| AZL-32 | | | Tribal Monitor Report (J_Gordon) - August 17, 2024 |
| AZL-33 | | | Tribal Monitor Report (B_Escobar) - August 18, 2024 |
| AZL-34 | | | Tribal Monitor Report (J_Gordon) - August 18, 2024 |
| AZL-35 | | | Tribal Monitor Report (J_Gordon) - August 18, 2024 (Update) |
| AZL-36 | | | Tribal Monitor Report (Beatty) - August 19, 2024 |
| AZL-37 | | | January 23, 2024 Letter from NTEC to Hualapai |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CIVIL EXHIBIT LIST**

☑ Preliminary Injunction    ☐ TRO          ☐ Non-Jury Trial     ☐ Jury Trial

Case Number:    **3:24-cv-8154-DJH**          Judge Code   **DJH**    Date 9/17/2024

_____*Hualapai Tribe*_____    vs.   **Haaland, et al.**_____

☐      Plaintiff / Petitioner          ☑    Defendant / Respondent / **Intervenor**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| AZL-38 | | 9/17/24 | April 9, 2024 Letter from Hualapai to NTEC |
| AZL-39 | | | June 11, 2024 Letter from NTEC to Hualapai |
| AZL-40 | | | June 27, 2024 Letter from NTEC to Hualapai |
| AZL-41 | | | July 5, 2024 Letter from NTEC to Hualapai |
| AZL-42 | | | August 1, 2024 Letter from Hualapai to AZL and NTEC |
| AZL-43 | | | August 5, 2024 Letter from NTEC to Hualapai |
| AZL-44 | | | Cultural Resources Survey for Sandy Valley Exploration Project (Phase III) |
| AZL-45 | | 9/17/24 | Bryan Moravec CV |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |