TODD KIM
Assistant Attorney General

DANIEL LUECKE
Trial Attorney
MATTHEW MARINELLI
Senior Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-1389
daniel.luecke@usdoj.gov
(202) 305-0293
Matthew.marinell@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>*Plaintiff*,<br><br>vs.<br><br>Debra Haaland, in her official capacity as the United States Secretary of the Interior, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>Arizona Lithium, Ltd.,<br><br>*Intervenor Defendant*. | Case No. 3:24-cv-08154-DJH<br><br>**STIPULATED MOTION FOR STAY OF FEDERAL DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |

Federal Defendants hereby respectfully move to stay their deadline for responding to the Complaint, ECF No. 1, and for an order requiring the parties to meet and confer regarding an appropriate response deadline as part of their case management discussions following the Court's order on the pending motion for preliminary injunction. Good cause exists for the requested stay because allowing the parties to meet and confer regarding Federal Defendants' response deadline after the Court rules on the pending motion for preliminary injunction will increase efficiency.

Federal Defendants have discussed this matter with counsel for Plaintiff Hualapai Indian Tribe and Intervenor-Defendant Arizona Lithium, Ltd., and the parties stipulate to the requested relief.

Respectfully submitted this 10th day of October, 2024.

/s/Laura Berglan
Laura Berglan (AZ Bar # 022120)
Heidi McIntosh (CO Bar # 48230)
Thomas Delehanty (CO Bar # 51887)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
lberglan@earthjustice.org
hmmcintosh@earthjustice.org
tdelehanty@earthjustice.org

/s/Roger Flynn
Roger Flynn (CO Bar # 21078)
Jeffrey C. Parsons (CO Bar # 30210)
Western Mining Action Project
P.O. Box 349; 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

TODD KIM
Assistant Attorney General

/s/ Daniel Luecke
DANIEL LUECKE (CA Bar # 326695)
Trial Attorney
MATTHEW MARINELLI (IL Bar # 6277967)
Senior Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-1389
daniel.luecke@usdoj.gov
(202) 305-0293
Matthew.marinell@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Mitchell W. Fleischmann
William L. Thorpe

| | | |
|---|---|---|
| 1 | *Counsel for Plaintiff Hualapai Tribe* | Mitchell W. Fleischmann |
| 2 | | Bree Nevarez |
| | | THORPE SHWER, P.C. |
| 3 | | 3200 North Central Avenue, Suite 1560 |
| 4 | | Phoenix, Arizona 85012-2441 |
| | | (602) 682-6100 |
| 5 | | docket@thorpeshwer.com |
| 6 | | wthorpe@thorpeshwer.com |
| | | mfleischmann@thorpeshwer.com |
| 7 | | bnevarez@thorpeshwer.com |
| 8 | | |
| 9 | | *Counsel for Intervenor Defendant Arizona Lithium Limited* |