UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>*Plaintiff*,<br><br>vs.<br><br>Debra Haaland, in her official capacity as the United States Secretary of the Interior, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>Arizona Lithium, Ltd.,<br><br>*Intervenor Defendant*. | Case No. 3:24-cv-08154-DJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR STAY OF FEDERAL DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |

Pending before the Court is Federal Defendants' Stipulated Motion for Stay of Federal Defendants' Deadline to Respond to the Complaint. ECF No. 76. Having considered the motion, the Court finds that good cause exists for the requested stay and consequently grants the motion.

IT IS THEREFORE ORDERED that the Federal Defendants' deadline to respond to the Complaint is stayed and the parties are required to meet and confer regarding an appropriate response deadline as part of their case management discussions following the Court's order on the pending motion for preliminary injunction.

**ORDERED.**

1