**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Mitchell W. Fleischmann (No. 021075)
Bree Nevarez (035671)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: mfleischmann@thorpeshwer.com
Email: bnevarez@thorpeshwer.com

Attorneys for Intervenor Defendant Arizona Lithium Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>                Plaintiff,<br><br>v.<br><br>Debra Haaland in her official capacity as the United States Secretary of the Interior; United States Bureau of Land Management; Ray Suazo in his official capacity as State Director of the United States Bureau of Land Management; and Amanda Dodson in her official capacity as Field Office Manager of the United States Bureau of Land Management Kingman Field Office,<br><br>                Defendants. | NO. 3:24-cv-08154-DJH<br><br>**INTERVENOR DEFENDANT ARIZONA LITHIUM LIMITED'S CORPORATE DISCLOSURE STATEMENT** |
| Arizona Lithium Limited,<br><br>                Intervenor Defendant | |

This Corporate Disclosure Statement is filed on behalf of Intervenor Defendant Arizona Lithium Limited. in compliance with the provisions of: *(check one)*

9516174

    __X__ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

    ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

    __X__ No such corporation.

    ____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____  Relationship_____

    ____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. *(Attach additional pages if needed.)*

_____  Relationship_____

1

9516174

THORPE SHWER, P.C.

1     \_\_\_\_\_ Other (please explain)

2     _____

3     _____

4     \_\_\_\_ Diversity case. *(Attach additional pages if needed.)*

5         Party name and Party Role:    State:

**A supplemental disclosure statement will be filed upon any change in the Information provided herein.**

DATED this 29th day of October, 2024.

           **THORPE SHWER, P.C.**

           By */s/ William L. Thorpe*
              William L. Thorpe
              Mitchell W. Fleischmann
              Bree G. Nevarez
              *Attorneys for Intervenor Defendant Arizona Lithium Limited*

2

9516174

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2024, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to the following CM/ECF registrants:

Laura Berglan
Heidi McIntosh
Thomas Delehanty
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, Colorado 80202
lberglan@earthjustice.com
hmcintosh@earthjustice.com
tdelehanty@earthjustice.com

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
440 Main Street, #2
Lyons, Colorado 80540
roger@wmaplaw.org
jeff@wmaplaw.org

*Attorneys for Plaintiffs*

Todd Kim
Daniel Luecke
Matthew Marinelli
NATURAL RESOURCES SECTION
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 611
150 M Street NE
Washington, D.C. 20044-7611
Daniel.luecke@usdoj.gov
Matthew.marinelli@usdoj.gov

*Attorneys for Defendants Debra Haaland;*
*United States Bureau of Land Management;*
*Ray Suazo; and Amanda Dodson*

　　　　　　　　　　　　　/s/    Brandi Kline
　　　　　　　　　　　　　Legal Assistant