# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe, | No. CV-24-08154-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Debra Haaland, et al., | |
| Defendants. | |

This matter is before the Court on its own review. The Plaintiff's Motion for Preliminary Injunction has been ruled upon and a Rule 16 Case Management Conference shall be set.

Accordingly,

**IT IS ORDERED** setting a <u>Rule 16 Scheduling Conference</u> for <u>December 17, 2024</u> at <u>11:00 a.m.</u> in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** affirming the remainder of the Court's original Order Setting Rule 16 Scheduling Conference (Doc. 8).

Dated this 13th day of November, 2024.

Honorable Diane J. Humetewa
United States District Judge