# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe, | No. CV-24-08154-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Debra Haaland, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Motion to Reschedule Scheduling Conference and Extend Deadline for Joint Case Management Report (Doc. 83). Good cause appearing,

**IT IS ORDERED granting** the Joint Motion (Doc. 83). Plaintiff shall file its Amended Complaint no later than December 13, 2024. Defendants shall file their respective responses to Plaintiff's Amended Complaint no later than February 7, 2025.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference set for December 17, 2024, is **vacated** and **reset** to **April 8, 2025, at 10:00 a.m.** in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003. The remainder of the Court's Order (Doc. 82) is otherwise **affirmed**.

Dated this 9th day of December, 2024.

Honorable Diane J. Humetewa
United States District Judge