LISA L. RUSSELL
Deputy Assistant Attorney General

DANIEL LUECKE
Trial Attorney
MATTHEW MARINELLI
Senior Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-1389
daniel.luecke@usdoj.gov
(202) 305-0293
Matthew.marinell@usdoj.gov

Rickey D. Turner, Jr.
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
rickey.turner@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>    *Plaintiff*,<br><br>vs.<br><br>Doug Burgum, United States Secretary of the Interior, et al.,<br><br>    *Federal Defendants*<br><br>and<br><br>Arizona Lithium, Ltd.,<br><br>    *Intervenor Defendant*. | Case No. 3:24-cv-08154-DJH<br><br>**UNOPPOSED MOTION FOR STAY OF DEFENDANTS' DEADLINES TO RESPOND TO THE AMENDED COMPLAINT** |

Federal Defendants[1] respectfully move for a stay of the March 10, 2025 deadline for Federal Defendants to respond to Hualapai's amended complaint to permit the parties to discuss appropriate next steps in this case.  AZ Lithium has voluntarily withdrawn its Plan of Operations, the BLM approval of which the complaint seeks to set aside.  On the basis, AZ Lithium plans to move to withdraw as an intervenor in this matter on the grounds that it no longer has a protectable interest in the litigation.  Federal Defendants believe AZ Lithium's withdraw of the Plan of Operations also has broader impacts for the case, and intend to confer with Plaintiffs in the coming days regarding appropriate next steps.

Federal Defendants have conferred with Hualapai and Arizona Lithium.  All parties agree that there is no need for Federal Defendants to respond to the Amended Complaint at this time.

Federal Defendants thus request that: 1) the deadline for Federal Defendants to respond to the Amended Complaint be stayed; and 2) the Parties be ordered to file a status report with the Court regarding appropriate next steps in this case on or before May 9, 2025.  Plaintiff Hualapai and Defendant-Intervenor Arizona Lithium do not oppose this motion.

Respectfully submitted this 28th day of February, 2025.

LISA L. RUSSELL
Deputy Assistant Attorney General
*/s/  Matthew Marinelli*
DANIEL LUECKE (CA Bar # 326695)
Trial Attorney
MATTHEW MARINELLI (IL Bar # 6277967)
Senior Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Douglas Burgum, Secretary of the United States Department of Interior, is automatically substituted for Walter Cruickshank.

Washington, D.C. 20044-7611
(202) 353-1389
daniel.luecke@usdoj.gov
(202) 305-0293
Matthew.marinell@usdoj.gov

Rickey D. Turner, Jr.
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*