# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>*Plaintiff*,<br><br>vs.<br><br>Douglas Burgum, in his official capacity as the United States Secretary of the Interior, et al.,<br><br>*Federal Defendants*<br><br>and<br><br>Arizona Lithium, Ltd.,<br><br>*Intervenor Defendant*. | Case No. 3:24-cv-08154-DJH<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR STAY OF DEFENDANTS' DEADLINES TO RESPOND TO THE AMENDED COMPLAINT** |

Pending before the Court is Federal Defendants' Motion for Stay of Federal Defendants' Deadlines to Respond to the Amended Complaint. ECF No. 87. Good cause appearing,

**IT IS ORDERED** that Federal Defendants' motion is granted.

1) Federal Defendants' deadline to respond to the Amended Complaint is stayed.
2) The Parties shall file a status report regarding appropriate next steps in this case by no later than May 9, 2025.

Dated this ___ day of February, 2025.

_____

Honorable Diane J. Humetewa

United States District Judge