**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Mitchell W. Fleischmann (No. 021075)
Bree Nevarez (No. 035671)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  mfleischmann@thorpeshwer.com
Email:  bnevarez@thorpeshwer.com

**Attorneys for Intervenor Defendant Arizona Lithium Limited**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>  Plaintiff,<br><br>v.<br><br>Debra Haaland in her official capacity as the United States Secretary of the Interior; United States Bureau of Land Management; Ray Suazo in his official capacity as State Director of the United States Bureau of Land Management; and Amanda Dodson in her official capacity as Field Office Manager of the United States Bureau of Land Management Kingman Field Office,<br><br>  Defendants.<br><br>Arizona Lithium Limited,<br><br>  Intervenor Defendant | NO. 3:24-cv-08154-DJH<br><br>**ARIZONA LITHIUM LIMITED'S UNOPPOSED MOTION TO WITHDRAW AS INTERVENOR DEFENDANT** |

10005667

Intervenor Defendant Arizona Lithium Limited ("AZL"), by and through undersigned counsel, respectfully moves to withdraw as intervenor from this matter on the grounds that (a) circumstances have changed since AZL's intervention in this lawsuit, and (b) no claims are asserted against AZL in Plaintiff's yet-to-be-answered Amended Complaint. AZL no longer maintains or asserts a significantly protectable interest relating to the subject matter of the action and, accordingly, AZL requests this Court grant permission for it to withdraw as intervenor defendant in this litigation. Neither Plaintiff nor the Federal Defendants oppose this motion.

## I.   Brief Factual and Procedural Background

On August 19, 2024, AZL filed a Motion to Intervene ("Motion") in this lawsuit, pursuant to FRCP 24(a)(2) and FRCP 24(b)(1)(B). [Dkt. 18.] As explained in its Motion, AZL sought to intervene in this lawsuit based off its operation of the Sandy Valley Exploration Project (Phase 3) (the "Project"), a lithium and poly metal mineral exploration project near Wikieup, Arizona. *Id*. The Project was approved by the United States Bureau of Land Management, Kingman Field Office ("BLM") after AZL submitted a Plan of Operations for the Project to the BLM.

Plaintiff's Complaint sought to enjoin the Project and set aside BLM's approval of the Project. [Dkt. 1.] To that end, Plaintiff subsequently filed a Motion for Temporary Restraining Order Followed By A Preliminary Injunction and Memorandum in Support. [Dkt. 11.] AZL sought intervention, as a matter of right, to defend its interests in the Project based off the potential prejudice it stood to suffer if the Project was enjoined. [Dkt. 18.] "In light of AZL's protectable interests in the Project," on August 19, 2024, the Court granted AZL's Motion to Intervene as a matter of right. [Dkt. 20 at 2.]

That same day, the Court issued an order granting Plaintiff's Motion for Temporary Restraining Order and setting a Preliminary Injunction Hearing to be held on September 17, 2024. [Dkt. 21.] On September 17, 2024, a Preliminary Injunction Hearing occurred. On November 5, 2024, the Court granted Plaintiff's request for preliminary injunction. [Dkt. 81.]

Thorpe Shwer, P.C.

10005667

1  Subsequently, on December 16, 2024, Plaintiff filed their First Amended Complaint for Vacatur, Declaratory and Injunctive Relief ("First Amended Complaint"), which added a fourth claim for relief related to an alleged violation of the Endangered Species Act. [Dkt. 86.] No claims in the First Amended Complaint are advanced against AZL and, within the request for relief, Plaintiff continues to seek the set-aside and vacatur of the BLM's authorization of the Project. [*Id.*]

An Unopposed Motion for Extension of Defendants' Deadlines to Respond to Complaint was filed, and granted by the Court, on January 30, 2025. [Dkt. 88-89.] Accordingly, any response from AZL (in its role as an intervenor defendant) to the First Amended Complaint would be due on or before March 10, 2025. [Dkt. 89.]

However, on February 14, 2025, AZL voluntarily withdrew and rescinded its previously approved Plan of Operations for the Project. *See* February 14, 2025 Letter to BLM from AZL, attached hereto as **Exhibit A**. On February 22, 2025, AZL confirmed its withdrawal of the Plan of Operations for the Project with BLM. *See* February 22, 2025 Email to BLM from AZL, attached hereto as **Exhibit B**. In light of AZL's withdrawal of the Plan of Operations, AZL no longer has any significantly protectable interest relating to the subject matter of this action. Accordingly, AZL's intervention in this lawsuit is no longer required to protect its interests and, because AZL does not have any remaining interest, AZL should be permitted to withdraw as intervenor defendant.

II. **Legal Analysis**

Courts have allowed intervenors to withdraw freely where withdrawal would not interfere with the proceedings. *See, e.g. Morgan v. McDonough*, 726 F. 2d 11, 14 (1st Cit. 1984) ("[I]ntervention and withdrawal should be freely granted so long as it does not seriously interfere with the actual hearings.") (quoting *Dowell v. Bd. of Educ.*, 430 F.2d 865, 868 (10th Cir. 1970))). In conjunction with a request for withdrawal, the Court may examine the intervenor's role in the litigation, including whether there are claims advanced against the intervenor. *See, e.g. Juliana, et al. v. The United States of America, et al.*, 6:15-cv-1517-TC June 28, 2017 Order (granting intervenor's motion to withdraw,

3

1  which stated, in part, "the court has no authority to bind a non-party to a potential future
2  judgment against a different party").

3　　　　Here, AZL's withdrawal as intervenor defendant would not interfere with any
4  subsequent proceedings. No claims are asserted against AZL in the operative First
5  Amended Complaint. This case remains in its initial pleading phase and neither AZL, nor
6  any named defendant, has filed a response to the First Amended Complaint. AZL's
7  intervention in this lawsuit was limited to protecting its interests in the Project and, given
8  the withdrawal of its Plan of Operations for the Project, such interests no longer exist.

9　　　　Intervention as a matter of right, which was previously granted by this Court,
10  requires that AZL "claims an interest relating to the property or transaction that is the
11  subject of the action and is so situated that disposing of the action may as a practical
12  matter impair or impede the movant's ability to protect its interest…." FRCP 24(a);
13  *Wilderness Soc'y v. U.S. Forest Serv.*, 630 F.3d 1173, 1177 (9th Cir. 2011) (*en banc*)
14  (quoting *Sierra Club v. EPA*, 995 F.2d 1478, 1481 (9th Cir. 1993) (setting forth criteria
15  for intervention as a matter of right)). However, AZL no longer claims any "interest
16  relating to the property or transaction that is the subject of the action." Because the Plan
17  of Operations for the Project has been withdrawn, AZL no longer has any protectable
18  interest in the litigation and, accordingly, this Court should grant its request to withdraw
19  as an intervenor. *See, e.g., Langell v. Ideal Homes LLC*, Case No. 16-cv-00821-HRL
20  (N.D. Cal. Nov. 17, 2016) (court was compelled by the inherent requirements of FRCP
21  24 and determined that, when circumstances have changed, an intervenor no longer has
22  an appropriate interest in the lawsuit).

23  **III.   Conclusion**

24　　　　The basis for AZL's intervention in this lawsuit no longer exists given the
25  withdrawal of its Plan of Operations for the Project. AZL no longer has a protectable
26  interest in this litigation. Accordingly, AZL requests this Court grant its Motion to
27  Withdraw as Intervenor Defendant.
28

10005667

THORPE SHWER, P.C.

DATED this 28th day of February, 2025.

              **THORPE SHWER, P.C.**

          By <u>*/s/ Mitchell W. Fleischmann*</u>
            William L. Thorpe
            Mitchell W. Fleischmann
            Bree G. Nevarez
            ***Attorneys for Intervenor Defendant Arizona Lithium Limited***

# CERTIFICATE OF SERVICE

I certify that on this 28th day of February, 2025, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to the following CM/ECF registrants:

Laura Berglan
Heidi McIntosh
Thomas Delehanty
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, Colorado 80202
lberglan@earthjustice.com
hmcintosh@earthjustice.com
tdelehanty@earthjustice.com

Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
440 Main Street, #2
Lyons, Colorado 80540
roger@wmaplaw.org
jeff@wmaplaw.org

*Attorneys for Plaintiffs*

Daniel Luecke
Matthew Marinelli
NATURAL RESOURCES SECTION
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 611
150 M Street NE
Washington, D.C. 20044-7611
Daniel.luecke@usdoj.gov
Matthew.marinelli@usdoj.gov

Rickey D. Turner, Jr.
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
rickey.turner@usdoj.gov

*Attorneys for Defendants Debra Haaland;*
*United States Bureau of Land Management;*
*Ray Suazo; and Amanda Dodson*

/s/     Brandi Kline
Legal Assistant

6

10005667

# EXHIBIT A



February 14, 2025

Amanda Dodson
Field Manager
Kingman Field Office
Bureau of Land Management
2755 Mission Boulevard
Kingman, AZ 86401

By email: ADodson@blm.gov

Dear Ms Dodson

**RE: Request to Rescind Approved Plan of Operations for Mineral Exploration – Big Sandy Inc.**

As a director of Big Sandy Inc. (the "Company"), a wholly-owned subsidiary of Arizona Lithium Limited, I wish to rescind its approved Plan of Operations for the Sandy Valley Exploration Project (phase 3) AZAZ106236937 (AZA-037487) as lodged on 26 April 2024 and approved by the BLM on 9 July 2024.

I will be in contact to discuss the Company's future plans.

Yours faithfully,

*P Lloyd*

Paul Lloyd
Director
Big Sandy Inc.

Arizona Lithium   Level 2, 10 Outram Street   T +61 (8) 6313 3936   ASX: AZL, AZLO
                  West Perth WA 6005 Australia   E info@arizonalithium.com   OTC: AZLAF



# EXHIBIT B

**RE: [EXTERNAL] Rescind of the approved Plan of operations at Big Sandy**

**From:** Paul
**Sent:** Saturday, 22 February 2025 6:38 AM
**To:** Dodson, Amanda M <ADodson@blm.gov>
**Subject:** RE: [EXTERNAL] Rescind of the approved Plan of operations at Big Sandy

Hi Amanda

Just to clarify, Big Sandy INC and AZL have withdrawn the approved Plan of operations for the Big sandy project.

Please let me know if you require further clarification.

Regards.

Paul Lloyd

Managing Director

**Arizona Lithium Limited**



P: +61 (0) 8 6313 3936   M: +61 (0) 419 945 395

A:  Second Floor, 10 Outram Street, West Perth WA 6005

W: www.arizonalithium.com
E: paul@arizonalithium.com

---

**From:** Dodson, Amanda M <ADodson@blm.gov>
**Sent:** Saturday, 15 February 2025 6:33 AM
**To:** Paul <paul@arizonalithium.com>
**Subject:** Re: [EXTERNAL] Rescind of the approved Plan of operations at Big Sandy

Good Morning Paul - I have received your request.

*Amanda Dodson*

*Field Manager*

*Kingman Field Office*

*Bureau of Land Management*

*2755 Mission Boulevard*

*Kingman, AZ 86401*

*Desk: (928) 718-3701*

*Cell: (928) 716-0712*

---

**From:** Paul <paul@arizonalithium.com>
**Sent:** Friday, February 14, 2025 3:29 PM
**To:** Dodson, Amanda M <ADodson@blm.gov>
**Subject:** [EXTERNAL] Rescind of the approved Plan of operations at Big Sandy

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Good afternoon, Amanda

Please see attached a letter confirming the rescinding of the previously approved Plan of operations for drilling at the Big sandy project.

Please confirm via return email that you have received this document.

Regards.

Paul Lloyd

Managing Director

**Arizona Lithium Limited**



P: +61 (0) 8 6313 3936   M: +61 (0) 419 945 395

A:  Second Floor, 10 Outram Street, West Perth WA 6005

W: www.arizonalithium.com
E: paul@arizonalithium.com