# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe,<br><br>    Plaintiff,<br><br>v.<br><br>Debra Haaland, et al.,<br><br>    Defendants. | No. CV-24-08154-PCT-DJH<br><br>**ORDER** |

Before the Court is an unopposed Motion to Withdraw (Doc. 91) filed by Intervenor Defendant Arizona Lithium Limited, and an unopposed Consent Motion to Stay Defendants' Deadlines to Respond to the Amended Complaint (Doc. 90).

For good cause showing,

**IT IS ORDERED granting** Arizona Lithium Limited's Motion to Withdraw as Intervenor Defendant (Doc. 91). The Clerk of Court is kindly directed to terminate Arizona Lithium Limited as an Intervenor Defendant in this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   **IT IS FURTHER ORDERED granting** the unopposed Consent Motion to Stay Defendants' Deadlines to Respond to the Amended Complaint (Doc. 90).  The Federal Defendants' deadline to respond to the Amended Complaint is **temporarily stayed** and the Rule 16 Scheduling Conference set for April 8, 2025 (Doc. 84) is **vacated**.  The parties shall file a status report regarding appropriate next steps in this case by no later than May 9, 2025.

Dated this 3rd day of March, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge