ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

DANIEL LUECKE
Trial Attorney
MATTHEW MARINELLI
Senior Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-1389
daniel.luecke@usdoj.gov
(202) 305-0293
Matthew.marinell@usdoj.gov

Rickey D. Turner, Jr.
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
rickey.turner@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona,<br><br>*Plaintiff*,<br><br>vs.<br><br>Doug Burgum, United States Secretary of the Interior, et al.,<br><br>*Federal Defendants* | Case No. 3:24-cv-08154-DJH<br><br>**JOINT STATUS REPORT** |

Federal Defendants and Plaintiffs report the following in response to the Court's March 4, 2025 Order to "file a status report regarding appropriate next steps in this case." ECF No. 92.

1) On August 22, 2024, the Court issued a temporary restraining order. ECF No. 21. The order enjoined Defendants "from authorizing or allowing any ground disturbance, construction,

operation, or other activity approved by the BLM's July 9, 2024, Decision Letter or its June 6, 2024, Decision Record, Finding of No Significant Impact, and Final Environmental Assessment until further order of the Court." *Id*.

2) On August 23, 2024, the Court granted the Parties' Joint Stipulated Request to Permit Reclamation Efforts to allow Arizona Lithium to reclaim drill pads, cover up tracks from the sites, and remove equipment. ECF No. 34.

3) Arizona Lithium completed those activities within the timeframe permitted by the Court. *See id*.

4) On November 5, 2024, the Court entered a Preliminary Injunction Order. ECF No. 81. That order enjoined Defendants "from authorizing or allowing any ground disturbance, construction, operations, drilling, or any other activity approved by the BLM's July 9, 2024, Decision Letter or its June 6, 2024, Decision Record, Finding of No Significant Impacts, and Final Environmental Assessment until this case is fully resolved on the merits or until further order of the Court." *Id*. at 41.

5) BLM reports that, in its view, the only remaining reclamation work that must be completed is reseeding and that reseeding: 1) will occur during the rainy seasons, which are typically between late June and early September and November through March; and 2) be subject to subsequent inspection by BLM.

6) BLM also reports that as part of the reseeding process, Big Sandy/Arizona Lithium will likely need to rake native seeds into the soil. The parties do not interpret the Court's November 5 Order as prohibiting reseeding or raking aimed at regenerating native vegetation.

7) Hualapai does not object to this reseeding.

8) Counsel for the Parties have spoken on several occasions regarding how to bring this case to its conclusion following Arizona Lithium's voluntary withdrawal of its previously approved plan of operations for the challenged project. *See* ECF No. 92. Hualapai declined to voluntarily dismiss its Complaint and suggested that Federal Defendants instead file a motion to dismiss. Federal Defendants thus intend to file a motion to dismiss this case as moot.

Respectfully submitted this 9th day of May, 2025.

| | |
|---|---|
| */s/Laura Berglan by /s/ Matthew Marinelli pursuant to written authorization on May 9, 2025*<br>Laura Berglan (AZ Bar No. 022120)<br>Heidi McIntosh (CO Bar No. 48230)<br>Thomas Delehanty (CO Bar No. 51887)<br>EARTHJUSTICE<br>633 17th Street, Suite 1600<br>Denver, CO 80202<br>(303) 623-9466<br>lberglan@earthjustice.org<br>hmcintosh@earthjustice.org<br>tdelehanty@earthjustice.org<br><br>*/s/Roger Flynn by /s/ Matthew Marinelli pursuant to written authorization on May 9, 2025*<br>Roger Flynn (CO Bar No. 21078)<br>Jeffrey C. Parsons (CO Bar No. 30210)<br>Western Mining Action Project<br>P.O. Box 349; 440 Main St., #2<br>Lyons, CO 80540<br>(303) 823-5738<br>roger@wmaplaw.org<br>jeff@wmaplaw.org<br><br>*Counsel for Plaintiff Hualapai Tribe* | ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General<br><br>*/s/ Matthew Marinelli*<br>Daniel Luecke (CA Bar No. 326695)<br>Trial Attorney<br>Matthew Marinelli (IL Bar No. 6277967)<br>Senior Attorney<br>Natural Resources Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>(202) 353-1389<br>daniel.luecke@usdoj.gov<br>(202) 305-0293<br>Matthew.marinelli@usdoj.gov<br><br>Rickey D. Turner, Jr<br>U.S. DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Wildlife & Marine Resources Section<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>rickey.turner@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

.